# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

DANIEL TREIMAN

October 12, 2018

*Via ECF*

Hon. Loretta A. Preska
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Lopez, et al. v. City of New York, et al.*, 17 Civ. 00181 (LAP)

Your Honor:

  Together with the law firm of Romano & Kuan, this firm represents plaintiffs Eliezer Lopez and Suhail Laureano. We write to respectfully request the Court reconsider that portion of today's Order that dismissed Plaintiffs' federal claim. Dkt. 36.

  Given the Court's denial of Plaintiffs' request to remand, there is no basis to dismiss Plaintiffs' federal claim. Plaintiffs' conference request proposed a remand to state court "to allow [Mr. Lopez] to attend trial in the Bronx to accommodate his health." Dkt. 31 at 1. "The only reason to withdraw the federal claim," we noted, would be "to allow Mr. Lopez to reduce his travel" and the attendant physical pain he would suffer from a prolonged commute to the Southern District of Manhattan. *Id.* While it was within the Court's discretion to deny Plaintiffs' conditional remand request, having done so, there is no remaining request before the Court to dismiss their federal claim. Plaintiffs do not consent to the dismissal of their federal claim, without a corresponding remand, and there is no other basis to dismiss that claim. Accordingly, while we do not seek reconsideration of the Court's denial of the conditional remand request, we respectfully request the reinstatement of Plaintiffs' federal claim.

                Respectfully Submitted,

                O. Andrew F. Wilson

cc:  All counsel of record (via ECF)