RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

March 21, 2019

**By ECF**

Hon. Loretta A. Preska
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re: Lopez, et al. v. City of New York, et al.*, 17 Civ. 00181 (LAP)

Your Honor:

  Together with the law firm of Romano & Kuan, this firm represents Plaintiffs Eliezer Lopez and Suhail Laureano. We submit this letter jointly with Defendants City of New York and Luis Linares to update the Court on the status of this case, as requested by the Court's order of March 15, 2019 (Dkt. #47).

  Remaining in this case is are Plaintiff's Lopez's claims for Assault and Battery against Defendant Linares and *respondeat superior* against the City of New. Plaintiffs served their expert report, analyzing the mechanism of Mr. Lopez's injuries, on January 22, 2019. Defendants do not intend to retain a rebuttal expert. The parties have agreed to complete expert discovery, including depositions, by May 1, 2019. At that point, the parties request a status conference to set a trial schedule; no party intends to make a summary judgment motion.

          Respectfully submitted,

          /s/

          Alison Frick

cc: All counsel of record (via ECF)