EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

June 4, 2019

***By ECF***

Hon. Loretta A. Preska
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: Lopez, et al. v. City of New York, et al.*, 17 Civ. 00181 (LAP)

Your Honor:

Together with the law firm of Romano & Kuan, this firm represents Plaintiffs Eliezer Lopez and Suhail Laureano. Pursuant to Federal Rule of Civil Procedure 25(a)(1), we write to inform the Court that Mr. Lopez passed away on May 14, 2019. In light of this tragic event, we respectfully request that this action be stayed for 180 days to allow Plaintiffs to appoint an administrator. Defendants take no position on this request.

Plaintiffs are moving expeditiously to set up Mr. Lopez's estate. Once this process is complete, we will promptly request leave to recommence this proceeding and substitute Mr. Lopez for his estate. Estate counsel informs us that it will likely take six to nine months for the Bronx County Surrogate's Court to issue letters of administration, establishing Mr. Lopez's estate. Accordingly, we will update the Court in the event that we are unable to move to substitute the parties within 180 days. In addition, we request that the deadline to file the Joint Pretrial Order be extended to thirty days after the Court substitutes Mr. Lopez's Estate as a party.

Under the current schedule, expert discovery concluded on Friday, May 31. That day, Defendants served a subpoena requesting additional information relating to Plaintiff's expert, whose deposition they took on May 30. Any stay the court imposes will not affect Plaintiffs' response to Defendants' subpoena.

Respectfully submitted,

/s/

Earl S. Ward
O. Andrew F. Wilson
Alison Frick

ROMANO & KUAN, PLLC
600 Fifth Avenue, 10th Floor
New York, NY 10020

*Attorneys for Plaintiffs*

cc. All counsel of record (via ECF)