# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

RHOFF

...MAN
...IEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

DIANE L. HOUK
ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

February 13, 2020

**By ECF**

Hon. Loretta A. Preska
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Lopez, et al. v. City of New York, et al.*, 17 Civ. 00181 (LAP)

Your Honor:

      Together with the law office of Romana & Kuan, this firm represents Plaintiffs Suhail Laureano and the late Eliezer Lopez in this case. We write to provide the Court a brief status update and to request a further stay of proceedings pending the appointment of Suhail Laureano as administrator of Mr. Lopez's estate.

      In early December, this Court granted Plaintiffs' request for a stay of proceedings until February 29, 2020 to allow for an administrator to be appointed. Since that time, we assembled all of the necessary paperwork, which included gathering information about Mr. Lopez's nonmarital child; obtaining affidavits from Ms. Laureano, one of Plaintiffs' children, and the guardian of Mr. Lopez's nonmarital child; gathering and submitting birth certificates for each of Mr. Lopez's six children; gathering signed waivers of citation for each adult child; and convincing the funeral home to provide necessary paperwork, a process that took weeks. The petition for letters of administration appointing Ms. Laureano as administrator was filed on February 7, 2020 with the Bronx County Surrogate's Court.

      The Bronx Surrogate's Court is busy and wait times can be extensive. The estate attorneys we have retained to assist us estimate that it could take <u>four to seven months</u> for the letters of administration to be issued, in part because the existence of minor children in this case requires the appointment of a guardian ad litem.

Emery Celli Brinckerhoff & Abady LLP
Page 2

   Accordingly, we ask that this case be stayed until 30 days after the letters of administration for Mr. Lopez's estate are issued. By that date, Plaintiffs will move pursuant to Rule 25 to substitute Mr. Lopez's estate as Plaintiff in this case.

   Defendants take no position on this request.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/18/20

Very truly yours,

  /s/
Alison Frick

c. All counsel of record (via ECF)