

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CAROLYN K. DEPOIAN**<br>Senior Counsel<br>Telephone: (212) 356-2358<br>Fax: (212) 356-3509<br>cdepoia@law.nyc.gov |

May 19, 2020

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The extension request is granted.
SO ORDERED.
Dated: May 21, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

Re:   Suhail Laureano, as Admin. of the Estate of Eliezer Lopez
       v. City of New York, et al., 17 CV 00181 (LAP)

Your Honor:

      This office represents defendants City of New York and Luis Linares in the above-referenced action. Defendants write to respectfully request an extension of time from May 29, 2020 until June 29, 2020 to file the Joint Pre-trial Order ("JPTO") in this matter. Plaintiff joins in this request.

      As the Court is aware, the country is currently grappling with the COVID-19, or coronavirus, pandemic. On March 7, 2020, Governor Andrew Cuomo declared that New York is in a state of emergency because of the rapidly developing pandemic situation. On March 13, 2020, Mayor Bill de Blasio followed suit, and declared New York City to be in a state of emergency as well. Further, on March 20, 2020, Governor Cuomo signed the "New York State On Pause" Executive Order, mandating that all non-essential personnel stay at home. In light of pronouncements from government officials, associated policies, expert recommendations, and the citywide efforts to curb the further spread of COVID-19, the New York City Law Department, has significantly transitioned its workforce to work from home status. In addition, the law firms of Emery Celli Brickerhoff and Abady and Romano & Kuan, who represent plaintiffs in this matter, are also all working from home on a full-time basis.

      The aforementioned recent developments have caused a significant disruption in normal business functions and the parties' ability to prepare the JPTO in this case. This undertaking has been particularly tedious and challenging because the parties intend to designate significant portions of the transcript from plaintiff Eliezer Lopez's deposition for use at trial. Because Mr. Lopez is now deceased, the presentation of this material is even more crucial. To date, plaintiffs have provided defendants with their deposition designations and defendants are in the process of identifying their cross-designations. Plaintiffs intend to provide defendants with their remaining portions of the JPTO today.

Accordingly, defendants respectfully request an extension of time until June 29, 2020 for the parties to file the JPTO in this matter. Thank you for your consideration herein.

Respectfully submitted,

/s
Carolyn K. Depoian
Senior Counsel

cc: All counsel (by ECF)