UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUHAIL LAUREANO, individually and as Administrator of the Estate of Eliezer Lopez,

        Plaintiff,

  -versus-

THE CITY OF NEW YORK and LUIS LINARES,

        DefendantS.

17 Civ. 181 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The parties shall appear for a final pre-trial conference on November 9, 2020 at 10:00 a.m.

**SO ORDERED.**

Dated: July 2, 2020
      New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.