```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------

 SUHAIL LAUREANO,

              Plaintiff,

     -against-                              No. 17-CV-181 (LAP)

 CITY OF NEW YORK, et al.,                         ORDER

              Defendants.

---------------------------------------

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

   Trial in this matter will begin on April 12, 2021 at 9:00 a.m. in Courtroom 12A.

   The final pre-trial conference is adjourned to March 17, 2021 at 10:30 a.m.

   Proposed voir dire questions and agreed-upon proposed requests to charge, noting any areas of disagreement, shall be submitted by no later than March 10, 2021.

SO ORDERED.

Dated:   October 7, 2020
         New York, New York

*Loretta A. Preska* (signature)

_____
LORETTA A. PRESKA, U.S.D.J.