# EXHIBIT C

## Testimony List for Elaine Chiu, M.D.,Ph.D.

| CASE NAME | LOCATION | DATE | | CLIENT |
|---|---|---|---|---|
| Cole v. **Rojas** | Superior Court of California, County of Stanislaus | Deposition | 8/20/2018 | Emerson Church |
| **Bray** v. Carlisle | Superior Court of CA, County of Solano | Deposition | 12/27/2017 | Jones, Clifford, LLP |
| **Hwang** v. CCSF | Superior Court of CA, County of San Francisco | Deposition | 12/11/2017 | The Dolan Law Firm |
| People v. **Pool** | Superior Court of CA, County of Santa Clara | Trial | 11/7/2017 | SC County Office of the Public Defender |
| Nisley v. **Stanford Health Care** | Superior Court of CA, County of Alameda | Deposition | 10/3/2017 | Rankin, Sproat, Mires, et al. |
| Garcia v. **Capital General Ins.** | Superior Court of CA, County of Sacramento | Arbitration | 9/26/2017 | Cholakian & Associates |
| People v. **Clarkson** | Superior Court of CA, County of Santa Clara | 2nd Trial re:Enhancement | 9/19/2017 | Santa Clara County Public Defender |
| Molina v. **Ensign** | Superior Court of CA, County of Kern | Deposition | 7/20/2017 | Emerson Church |
| People v. **Lubrin, Rodriguez, Farris** | Superior Court of CA, County of Santa Clara | Trial | 5/16/2017 | Law Offices of William Rapoport |
| People v. **Torres** | Superior Court of CA, County of Santa Clara | Trial | 5/3/2017 | Santa Clara County Public Defender |
| State of CA v. **Reynolds** | Superior Court of CA, County of Lake | Trial | 3/29/2017 | Petersen and Petersen |
| Garcia v. **Capital General Ins.** | Superior Court of CA, County of Sacramento | Deposition | 1/17/2017 | Cholakian & Associates |
| People v. **Clarkson** | Superior Court of CA, County of Santa Clara | Trial | 8/29/2016 | Santa Clara County Public Defender |
| **Bray** v. McLorg | Superior Court of CA, County of Marin | Trial Deposition | 8/10/2016 11/20/2015 | Ribera Law Firm |
| **Castellanos** v. State of CA | Northern District of California Oakland Division | Trial Deposition | 7/20/2016 6/9/2016 | Law Offices of Bennett M. Cohen |

| Case | Court | Type | Date | Firm |
|---|---|---|---|---|
| **Bassett** v. ACTransit | Superior Court of CA, County of Alameda | Deposition | 6/8/2016 | Mastrangelo Law Offices |
| Grant v. **Resendiz** | Superior Court of CA, County of Monterey | Deposition | 4/13/2015 | Cholakian & Associates |
| **DeBroff** v. Scholes | Superior Court of CA, County of San Francisco | Deposition | 12/17/2015 | Bostwick & Peterson, LLP |
| Bleemer v. **Westover** | Superior Court of CA, County of San Francisco | Deposition | 12/4/2015 | Cholakian & Associates |
| **Branscum** v. San Ramon Police | USDC Northern District of California | Deposition | 12/2/2015 | Law Office of Panos Lagos |
| Hildebrand v. **Poland** | Superior Court of CA, County of Santa Clara | Deposition | 9/13/2015 | Williams, Pinelli & Cullin |
| Haile v. **Barker** | Superior Court of CA, County of San Francisco | Trial / Deposition | 8/19/2015 / 8/19/2015 | Bogaards Davis |
| Hughes v. **Garcia** | Superior Court of CA, County of Alameda | Deposition | 11/13/2014 | Bogaards Davis |
| People v. **Frank Lopez** | Superior Court of CA, County of Santa Clara | Trial | 9/22/2014 | Santa Clara County Public Defender |
| **Cortez** v. Caltrans | Superior Court of CA, County of Humboldt | Trial / Deposition | 5/12/2014 / 12/6/2013 | Janssen Malloy |
| Raymundo v. **Nationwide** | Superior Court of CA, County of Fresno | Deposition | 9/16/2014 | Cholakian & Associates |
| **Garcia** v. Kellogg Supply | Superior Court of CA, County of San Mateo | Deposition | 4/26/2013 | Carcione, Cattermole et al. |
| **Coronado** v. Neish | USDC Eastern District of CA | Deposition | 8/9/2013 | Carter Wolden Curtis, LLP |
| Sikander Jiwani v. **Schubbe** | Superior Court of CA, County of San Francisco | Deposition | 4/11/2013 | Cholakian & Associates |
| **Cindy Gilmore** v. Gokcen | Superior Court of CA, County of Contra Costa | Deposition | 2/26/2013 | Levin Simes |
| Swanson v. **Higueras** | Superior Court of CA, County of San Francisco | Deposition | 5/3/2012 | Manning & Kass, Ellrod, Ramirez, Trester |
| Bley v. **Sperian** | 21st Judicial Court, St. Louis County, MO | Deposition | 10/27/2011 | Yukevich Calfo & Cavanaugh |
| **Karnofsky** v. Anderson | 9th Judicial Court, Charleston County, SC | Deposition | 9/26/2011 | Riesen Law Firm |
| Collins & Collins v. **Garcia,** Toyota et.al | 101st Judicial District, Court of Dallas County, TX | Trial | 2/16/2011 | Bowman and Brooke |