# EXHIBIT F

**ORIGINAL**

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

ELIEZER LOPEZ and SUHAIL LAUREANO,

       Plaintiffs

               Case No. 17 Civ. 00181(LAP)

      -against-

THE CITY OF NEW YORK, LUIS LINARES,
LUIS ANGELES, and JOHN DOES #1-3,

       Defendants
-----------------------------------X

             Witness: LUIS LINARES

               New York, New York

           Wednesday, March 28, 2018

     *** Confidential Portion Bound Separately ***

Reported by:
Ellen Sandles
Job 15758

HUDSON REPORTING & VIDEO                1-800-310-1769

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

```
 1                    March 28, 2018

 2                    10:30 a.m.

 3

 4           Deposition of LUIS LINARES, held at the

 5   offices of Emery Celli Brinckerhoff & Abady, LLP,

 6   600 Fifth Avenue, 10th Floor, New York, New York,

 7   before Ellen Sandles, a Shorthand Reporter and

 8   Notary Public of the State of New York.

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

```
 1                        LUIS LINARES
 2        Q.    I would like you -- with the cameras
 3   on -- to describe exactly what you saw him do when
 4   he jumped over that railing?
 5        A.    He tried to grab to the branches.  He
 6   fell down.
 7        Q.    So you have the railing, correct, which
 8   is like a sort of short fence, correct?
 9              MS. SELIGMAN:  Objection to the form.
10        A.    That is a metal fence, like a metal
11   barrier.
12        Q.    Okay.  How did he get over that metal
13   barrier?
14        A.    He jumped.
15        Q.    He jumped feet first?
16        A.    He put his hands-on the barrier and he
17   jumped over.
18        Q.    He put both hands-on the barrier,
19   correct?
20        A.    Yes, sir.
21        Q.    And he hoisted his feet over, correct?
22        A.    Yes, sir.
23        Q.    When he hoisted his feet over, what
24   happened after that?
25        A.    He tried to grab to the branches.
```

```
 1                       LUIS LINARES

 2          A.    I don't remember.

 3          Q.    You don't remember ever stopping at

 4   that location, before your Internal Affairs

 5   interview, to check out the area?

 6          A.    I don't remember, sir.

 7          Q.    So, just to be clear, he tries to grab

 8   on to what you now describe as branches, correct?

 9          A.    Yes, sir.

10          Q.    Not a tree?

11                MS. SELIGMAN:   Objection to the form.

12          A.    Not sure if it was a tree, branches,

13   bushes.  He tried to grab on to some branch.

14          Q.    So with his hands on the rail, and his

15   feet over the rail, he takes his hands off the

16   rail -- both hands off the rail?

17          A.    Yes, sir.

18          Q.    To hold on to branches?

19          A.    Yes, sir.

20          Q.    Were they branches that were on the

21   other side of the rail, meaning the side he just

22   jumped from?

23                MS. SELIGMAN:   Objection to the form.

24          A.    I'd would have to go back to the

25   location.
```

```
 1                      LUIS LINARES
 2   over.
 3         Q.    With his hands on the railing he swung
 4   both legs over, is that accurate?
 5         A.    Yes, sir.
 6         Q.    When he swung both legs over, what did
 7   he then do?
 8         A.    He tried to grab himself with the
 9   bushes or the branches that were there, and he
10   fell down.
11         Q.    You saw certain photographs when
12   questioned by Internal Affairs, correct?
13         A.    Yes, sir.
14         Q.    Were you able to identify the area
15   where he jumped?
16         A.    Yes, sir.
17         Q.    I am going to show you some photographs
18   so you can tell me...
19               MR. WARD:  I will mark Linares 5,
20   please.
21               (Linares Exhibit No. 5 was
22   marked for identification.)
23         Q.    Officer, would you take a look at that,
24   please?  Have you seen that photograph before?
25         A.    Can I get a bigger picture of the
```

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania