# EXHIBIT J

064750
SF- C. Pepoian
1

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

ELIEZER LOPEZ and SUHAIL LAUREANO,

    Plaintiffs

         Case No. 17 Civ. 00181(LAP)

  -against-

THE CITY OF NEW YORK, LUIS LINARES,
LUIS ANGELES, and JOHN DOES #1-3,

    Defendants
-----------------------------------X

       Witness: JOHN MOISE

       New York, New York

     Tuesday, April 17, 2018

Reported by:
Ellen Sandles
Job 15827

HUDSON REPORTING & VIDEO    1-800-310-1769

                                                              2

1                      April 17, 2018

2                      12:37 p.m.

3

4          Deposition of JOHN MOISE, held at the

5   offices of Emery Celli Brinckerhoff & Abady, LLP,

6   600 Fifth Avenue, 10th Floor, New York, New York,

7   before Ellen Sandles, a Shorthand Reporter and

8   Notary Public of the State of New York.

```
 1    A P P E A R A N C E S:

 2

 3         EMERY CELLI BRINCKERHOFF & ABADY, LLP

 4         Attorneys for Plaintiffs

 5              600 Fifth Avenue

 6              New York, New York 10020

 7         BY:  ALI FRICK, ESQ.

 8              E-mail:  africk@ecbalaw.com

 9

10         CORPORATION COUNSEL OF THE CITY OF NEW YORK

11         Attorneys for Defendants

12              100 Church Street

13              New York, New York 10007

14         BY:  CAROLYN DEPOIAN, ESQ.

15

16

17

18    ALSO PRESENT:

19    Julia Kuan, Esq., Romano & Kuan

20    Rachel Seligman, Esq., Corporation Counsel

21

22

23

24

25
```

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

```
 1                       JOHN MOISE
 2       Q.     Did you talk to her about your meeting
 3   with counsel?
 4              MS. DEPOIAN:  Objection.
 5       A.     No.
 6       Q.     So, let's just start by giving -- I'd
 7   like to start by you giving a summary about what
 8   you remember of that day, December 7, 2015, and
 9   what you recall about responding to the scene of
10   the incident.
11              MS. DEPOIAN:  Objection.  Please ask
12   him a question.
13       Q.     The question is, please describe what
14   you remember about the incident that day.
15              MS. DEPOIAN:  That is not a question.
16   You can answer.
17       A.     I responded to an officer distress
18   call.  I got there and seen an individual laying
19   on the ground.  I stood briefly and when
20   paramedics came, I left.
21       Q.     Do you remember where this incident
22   took place?
23              MS. DEPOIAN:  Objection.
24       A.     Near Crotona Park.
25       Q.     For the record when I say "this
```

58

|    |        | JOHN MOISE |
|----|--------|------------|
| 1  |        |            |
| 2  | with you? | |
| 3  | A. | I don't recall. |
| 4  | Q. | When you got down to the grassy area |
| 5  | and you saw the injured person, was there anyone |
| 6  | else there with the injured person? |
| 7  | A. | I recall Officer Wooten. |
| 8  | Q. | Anyone else? |
| 9  | A. | There were people down there. |
| 10 | Q. | There were others besides Officer |
| 11 | Wooten? |
| 12 | A. | Yes. |
| 13 | Q. | Did they have uniforms on? |
| 14 | A. | Yes. |
| 15 | Q. | Were they paramedics or police |
| 16 | officers? |
| 17 | A. | Police officers. |
| 18 | Q. | Do you recall roughly how many |
| 19 | officers? |
| 20 | A. | I don't recall. |
| 21 | Q. | I believe you testified earlier that |
| 22 | the injured man whose name is Mr. Lopez -- so I |
| 23 | will refer to him that way, is that okay? |
| 24 | A. | Yes. |
| 25 | Q. | I believe you testified earlier when |