EXHIBIT K

## Repository Inquiry

To: ████████                    NYSID Number - ████████

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

**Identification** **Summary** **Criminal History** **Job/License** **Wanted** **Missing** **NCIC/III**

### ● Attention - Important Information

\* See**Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**Customized Rap:**The data segments which you selected may not reflect the full information that DCJS has on file.
You did not select the categories of Job/License information.

**This NYSID Number 3550767R was used previously and is now reassigned to this individual.**

**Wanted information included in this record.**

**Violent Felony** offense(s) on file

**DNA PROFILE IS ON FILE IN THE DNA DATABANK**If more information is required call DCJS Office of
Forensic Services at 1-800-262-3257

**Currently under Parole Supervision by Bronx V**

### ● Identification Information

**Name:**

| | |
|---|---|
| ELIEZER LOPEZ | ELIZER LOPEZ |
| ELLEZER LOPEZ | ELIEZIEL LOPEZ |

**Date of Birth:**

████ 1979        ████ 972

**Place of Birth :**

Puerto Rico        Unknown   USA
New York

**Address:**

███████████████

| Sex: | Race: | Ethnicity: | Skin Tone: |
|---|---|---|---|
| Male | Black | Hispanic | Medium/Dark |
| Eye Color: | Hair Color: | Height: | Weight: |
| Brown | Black | 5' 10" | 210 |

**SSN:**

**NYSID#:**       **FBI#:**        **NCIC Classification#:**

███████████████

DEF 564

**III Status:** Criminal record in NYS only

## Summary Information

**Total Arrests:** 16    **Date of Earliest Arrest:** July 01, 2006    **Latest Prior Arrest Date:** December 07, 2015

| Total Arrests: | 16 |
|---|---|
| Felony: | 6 |
| Violent Felony: | 3 |
| Firearm: | 0 |
| Misdemeanor: | 10 |
| Other: | 0 |

| Total Arraigned Arrests: | 16 |
|---|---|
| Felony: | 5 |
| Violent Felony: | 5 |
| Firearm: | 0 |
| Misdemeanor: | 11 |
| Other: | 0 |

| Total Open Cases: | 3 | Cycles (max 5) |
|---|---|---|
| Felony: | 0 | |
| Violent Felony: | 0 | |
| Misdemeanor: | 3 | 16,15,10 |
| Other: | 0 | |
| Open ACD: | 0 | |
| Non Docketed Cases: | 0 | |

| Total Convictions: | 13 | Cycles (max 5) |
|---|---|---|
| Felony: | 4 | 13,12,9,8 |
| Violent Felony: | 1 | 13 |
| Firearm: | 0 | |
| Misdemeanor: | 9 | 14,11,7,6,5 |
| Other: | 0 | |
| YO Adjud.: | 0 | |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| Failure to Appear Counts: | 2 | 15,2 |
| Total Open: | 0 | |
| Active NYC: | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| Escape Charges: | 0 | |
| Sex Offender Convictions: | 0 | |
| Probation Revoc: | 0 | |
| Parole Revoc: | 0 | |

## NYS Criminal History Information

### ⬇ Cycle 16

**Arrest/Charge Information**
Arrest Date: December 07, 2015 03:00 pm (15:00:00)

| | |
|---|---|
| **Name:** | ELIZER LOPEZ |
| **Date of Birth:** | [redacted] 1979 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Height:** | 5' 10" |
| **Weight:** | 210 |
| **Age at time of crime/arrest:** | 36 |
| **Address:** | [redacted] |
| **Fax Number:** | BO51399 |
| **Place of Arrest:** | NYCPD 42 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | December 07, 2015 |
| **Place of Crime:** | NYCPD 42 |
| **Criminal Justice Tracking No.:** | 67435132M |
| **Arresting Agency:** | NYCPD PCT 042 |
| **Arresting Officer ID:** | 938861 |
| **Arrest Number:** | B1567458 |
| **Arraignment:** | Bronx County Criminal Court |
| **Arrest Charges:** | |

-- Attempted Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39    Sub 01    Class C    Felony    Degree 3    NCIC 3599

DEF 565

**Court Case Information**

--Court: Bronx County Criminal Court    Case Number: 2015BX057955

December 08, 2015
**Initial Report Of Docket Number**

December 08, 2015
**Arraigned**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03     Class A  Misdemeanor   NCIC 3599

---

☷ **Cycle 15** ☷

**Arrest/Charge Information**
Arrest Date: January 03, 2015 09:30 am (09:30:00)

| | |
|---|---|
| Name: | ELIZER, OPEZ |
| Date of Birth: | ▇▇▇▇ |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Hispanic |
| Height: | 5' 10" |
| Weight: | 195 |
| Age at time of crime/arrest: | 35 |
| Address: | ▇▇▇▇ |
| Fax Number: | B216 |
| Place of Arrest: | NYCPD 48 |
| Arrest Type: | Unknow |
| Date of Crime: | January 03, 2015 |
| Place of Crime: | NYCPD 48 |
| Criminal Justice Tracking No.: | 66956054L |
| Arresting Agency: | NYCPD PCT 048 |
| Arresting Officer ID: | 936246 |
| Arrest Number: | B15600273 |
| Arraignment: | Bronx County Criminal Court |

Arrest Charges:
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03   Class A Misdemeanor Degree 7 NCIC 3599

**Court Case Information**

--Court: Bronx County Criminal Court    Case Number: 2015BX000307

January 03, 2015
**Initial Report Of Docket Number**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03  Counts: 3 Class A Misdemeanor NCIC 3599

March 04, 2015
**Bench Warrant Issued**

January 21, 2016

**DEF 566**

Returned On Warrant

Interim release Status: Released on own recognizance (ROR)

## 🔲 Cycle 14 🔲
## Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: December 17, 2009 05:00 pm (17:00:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | 1979 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | |
| **Fax Number:** | B77971 |
| **Place of Arrest:** | NYCPD 41 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | December 06, 2009 |
| **Place of Crime:** | NYCPD 41 |
| **Criminal Justice Tracking No.:** | 63939277H |
| **Arresting Agency:** | NYCPD PCT 041 |
| **Arresting Officer ID:** | 829228 |
| **Arrest Number:** | B09700333 |

**Arrest Charges:**

-- Assault 2nd Degree: With Intent To Cause Serious Physical Injury
   PL 120.05     Sub 01    Class D   Felony   Degree 2   NCIC 1399

-- Assault 2: Injure Person While Confined In A Correctional Facility
   PL 120.05     Sub 07    Class D   Felony   Degree 2   NCIC 1399

-- Knowingly Make/Possess Dangerous Contraband In Prison-1st Degree
   PL 205.25     Sub 02    Class D   Felony   Degree 1   NCIC 5802


**Court Case Information**

--Court: Bronx County Criminal Court   Case Number: 2009BX080847

December 22, 2009
**Initial Report Of Docket Number**

December 22, 2009
**Arraigned**
   -- Attempted Murder:Intention
      PL 125.25     Sub 01   Counts: 2   Class B   Felony       NCIC 0999

   -- Attempted Assault-1st:Intent To Cause Serious Injury With Weapon
      PL 120.10     Sub 01   Counts: 2   Class C   Felony       NCIC 1399

   -- Attempted Gang Assault-1st Degree: Cause Serious Physical Injury
      PL 120.07                Counts: 2   Class C   Felony       NCIC 1399


https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

DEF 567

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05      Sub 02    Counts: 2    Class D    Felony          NCIC 1399

-- Assault 2: Injure Person While Confined In A Correctional Facility
PL 120.05      Sub 07    Counts: 2    Class D    Felony          NCIC 1399

-- Criminal Possession Weapon-3rd: Previous Conviction
PL 265.02      Sub 01    Counts: 2    Class D    Felony          NCIC 5212

-- Knowingly Make/Possess Dangerous Contraband In Prison-1st Degree
PL 205.25      Sub 02    Counts: 2    Class D    Felony          NCIC 5802

-- Attempted Assault 2nd Degree: With Intent To Cause Serious Physical Injury
PL 120.05      Sub 01    Counts: 2    Class E    Felony          NCIC 1399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00      Sub 01                 Class A    Misdemeanor     NCIC 1399

-- Menacing-2nd:Weapon
PL 120.14      Sub 01    Counts: 2    Class A    Misdemeanor     NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
PL 265.01      Sub 02    Counts: 2    Class A    Misdemeanor     NCIC 5212

-- Possession Of Contraband In Prison-2nd Degree
PL 205.20      Sub 02    Counts: 2    Class A    Misdemeanor     NCIC 5802

-- Menacing-3rd Degree
PL 120.15                Counts: 2    Class B    Misdemeanor     NCIC 1316

-- Harassment-2nd Degree: Physical Contact
PL 240.26      Sub 01    Counts: 2               Violation       NCIC 7099

December 22, 2009
**Transferred**

December 22, 2009
**Transferred To Superior Court**

-- Attempted Murder:Intention
PL 125.25      Sub 01    Class B    Felony          NCIC 0999

-- Attempted Assault-1st:Intent To Cause Serious Injury With Weapon
PL 120.10      Sub 01    Class C    Felony          NCIC 1399

-- Attempted Gang Assault-1st Degree: Cause Serious Physical Injury
PL 120.07                Class C    Felony          NCIC 1399

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05      Sub 02    Class D    Felony          NCIC 1399

-- Assault 2: Injure Person While Confined In A Correctional Facility
PL 120.05      Sub 07    Class D    Felony          NCIC 1399

DEF 568

-- Criminal Possession Weapon-3rd: Previous Conviction
    PL 265.02    Sub 01    Class D    Felony    NCIC 5212

-- Knowingly Make/Possess Dangerous Contraband In Prison-1st Degree
    PL 205.25    Sub 02    Class D    Felony    NCIC 5802

-- Attempted Assault 2nd Degree: With Intent To Cause Serious Physical Injury
    PL 120.05    Sub 01    Class E    Felony    NCIC 1399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00    Sub 01    Class A    Misdemeanor    NCIC 1399

-- Menacing-2nd:Weapon
    PL 120.14    Sub 01    Class A    Misdemeanor    NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
    PL 265.01    Sub 02    Class A    Misdemeanor    NCIC 5212

-- Possession Of Contraband In Prison-2nd Degree
    PL 205.20    Sub 02    Class A    Misdemeanor    NCIC 5802

-- Menacing-3rd Degree
    PL 120.15                Class B    Misdemeanor    NCIC 1316

-- Harassment-2nd Degree: Physical Contact
    PL 240.26    Sub 01             Violation    NCIC 7099

**--Court:**<u>Bronx County Supreme Court</u>  **Case Number:**80847C-2009

December 23, 2009
**Initial Report Of Docket Number**
    -- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00    Sub 01  Class A  Misdemeanor  NCIC 1399

January 08, 2010
**Convicted Upon Plea Of Guilty, Sentence Pending**
    -- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00    Sub 01  Class A  Misdemeanor  NCIC 1399

**Interim release Status:** Remanded without bail

---

## ▣ Cycle 13 ▣
### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: February 11, 2009 10:43 am (10:43:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ████ 1979 |
| **Sex:** | Male |
| **Race:** | Black |

la

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...  2/4/2016

| | |
|---|---|
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | |
| **Fax Number:** | B10813 |
| **Place of Arrest:** | NYCPD 44 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | February 10, 2009 |
| **Place of Crime:** | NYCPD 48 |
| **Criminal Justice Tracking No.:** | 634100811 |
| **Arresting Agency:** | NYCPD PCT 048 |
| **Arresting Officer ID:** | 919921 |
| **Arrest Number:** | B09612000 |

**Arrest Charges:**

    -- Robbery-2nd:Aided By Another

        PL 160.10    Sub 01  Class C Felony Degree 2 NCIC 1299

### Court Case Information

--**Court:**Bronx County Criminal Court   **Case Number:**2009BX009148

February 12, 2009
**Initial Report Of Docket Number**

February 12, 2009
**Arraigned**

    -- Burglary:Dwelling Causing Injury

        PL 140.30    Sub 02   Class B   Felony          NCIC 2299

    -- Burglary:Illegal Entry With Criminal Intent

        PL 140.25    Sub 01   Class C   Felony          NCIC 2299

    -- Robbery-2nd:Aided By Another

        PL 160.10    Sub 01   Class C   Felony          NCIC 1299

    -- Robbery-2nd:Physical Injury Display Firearm

        PL 160.10    Sub 02   Class C   Felony          NCIC 1299

    -- Burglary 2nd Degree: Illegal Entry- Dwelling

        PL 140.25    Sub 02   Class C   Felony          NCIC 2299

    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony

        PL 120.05    Sub 06   Class D   Felony          NCIC 1399

    -- Robbery-3rd Degree

        PL 160.05             Class D   Felony          NCIC 1299

    -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime

        PL 140.20             Class D   Felony          NCIC 2299

    -- Grand Larceny 4th:Property Taken From Person

        PL 155.30    Sub 05   Class E  Felony          NCIC 2399

    -- Assault 3rd Degree: With Intent To Cause Physical Injury

        PL 120.00    Sub 01   Class A  Misdemeanor   NCIC 1399

DEF 570

Case 1:17-cv-00181-LAP   Document 80-11   Filed 10/07/20   Page 9 of 40

    -- Criminal Possession Stolen Property-5th Degree

        PL 165.40           Class A    Misdemeanor      NCIC 2804

    -- Harassment-2nd Degree: Physical Contact

        PL 240.26      Sub 01           Violation       NCIC 7099

**February 12, 2009**
**Transferred**

**February 12, 2009**
**Transferred To Superior Court**

    -- Burglary:Dwelling Causing Injury

        PL 140.30      Sub 02    Class B    Felony         NCIC 2299

    -- Burglary:Illegal Entry With Criminal Intent

        PL 140.25      Sub 01    Class C    Felony         NCIC 2299

    -- Robbery-2nd:Aided By Another

        PL 160.10      Sub 01    Class C    Felony         NCIC 1299

    -- Robbery-2nd:Physical Injury Display Firearm

        PL 160.10      Sub 02    Class C    Felony         NCIC 1299

    -- Burglary 2nd Degree: Illegal Entry- Dwelling

        PL 140.25      Sub 02    Class C    Felony         NCIC 2299

    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony

        PL 120.05      Sub 06    Class D    Felony         NCIC 1399

    -- Robbery-3rd Degree

        PL 160.05            Class D    Felony         NCIC 1299

    -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime

        PL 140.20            Class D    Felony         NCIC 2299

    -- Grand Larceny 4th:Property Taken From Person

        PL 155.30      Sub 05    Class E    Felony         NCIC 2399

    -- Assault 3rd Degree: With Intent To Cause Physical Injury

        PL 120.00      Sub 01    Class A    Misdemeanor      NCIC 1399

    -- Criminal Possession Stolen Property-5th Degree

        PL 165.40            Class A    Misdemeanor      NCIC 2804

    -- Harassment-2nd Degree: Physical Contact

        PL 240.26      Sub 01           Violation       NCIC 7099

--**Court:**<u>Bronx County Supreme Court</u>   **Case Number:**09148C-2009

    **February 13, 2009**
    **Initial Report Of Docket Number**
        -- Burglary:Dwelling Causing Injury
           PL 140.30      Sub 02    Class B    Felony         NCIC 2299

**DEF 571**

-- Burglary:Illegal Entry With Criminal Intent
PL 140.25        Sub 01        Class C        Felony            NCIC 2299

-- Robbery-2nd:Aided By Another
PL 160.10        Sub 01        Class C        Felony            NCIC 1299

-- Robbery-2nd:Physical Injury Display Firearm
PL 160.10        Sub 02        Class C        Felony            NCIC 1299

-- Burglary 2nd Degree: Illegal Entry- Dwelling
PL 140.25        Sub 02        Class C        Felony            NCIC 2299

-- Assault 2: Cause Injury to Non-Participant During Commission of Felony
PL 120.05        Sub 06        Class D        Felony            NCIC 1399

-- Robbery-3rd Degree
PL 160.05                      Class D        Felony            NCIC 1299

-- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
PL 140.20                      Class D        Felony            NCIC 2299

-- Grand Larceny 4th:Property Taken From Person
PL 155.30        Sub 05        Class E        Felony            NCIC 2399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00        Sub 01        Class A        Misdemeanor        NCIC 1399

-- Criminal Possession Stolen Property-5th Degree
PL 165.40                      Class A        Misdemeanor        NCIC 2804

-- Harassment-2nd Degree: Physical Contact
PL 240.26        Sub 01                       Violation          NCIC 7099

March 13, 2009
**Dismissed Superseded**
-- Burglary:Dwelling Causing Injury
PL 140.30        Sub 02        Class B        Felony            NCIC 2299

-- Burglary:Illegal Entry With Criminal Intent
PL 140.25        Sub 01        Class C        Felony            NCIC 2299

-- Robbery-2nd:Aided By Another
PL 160.10        Sub 01        Class C        Felony            NCIC 1299

-- Robbery-2nd:Physical Injury Display Firearm
PL 160.10        Sub 02        Class C        Felony            NCIC 1299

-- Burglary 2nd Degree: Illegal Entry- Dwelling
PL 140.25        Sub 02        Class C        Felony            NCIC 2299

-- Assault 2: Cause Injury to Non-Participant During Commission of Felony
PL 120.05        Sub 06        Class D        Felony            NCIC 1399

**DEF 572**

Case 1:17-cv-00181-LAP   Document 80-11   Filed 10/07/20   Page 11 of 40

-- Robbery-3rd Degree
    PL 160.05            Class D    Felony       NCIC 1299

-- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
    PL 140.20            Class D    Felony       NCIC 2299

-- Grand Larceny 4th:Property Taken From Person
    PL 155.30     Sub 05    Class E    Felony       NCIC 2399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00     Sub 01    Class A   Misdemeanor     NCIC 1399

-- Criminal Possession Stolen Property-5th Degree
    PL 165.40            Class A    Misdemeanor     NCIC 2804

-- Harassment-2nd Degree: Physical Contact
    PL 240.26     Sub 01          Violation      NCIC 7099

**Associated Case Number(s):** 01042-2009

--**Court:** Bronx County Supreme Court    **Case Number:** 01042-2009

March 19, 2009
  **Initial Report Of Indictment Number**

November 20, 2009
  **Arraigned**
    -- Burglary:Dwelling Causing Injury
    PL 140.30     Sub 02    Class B    Felony       NCIC 2299

    -- Robbery-2nd:Aided By Another
    PL 160.10     Sub 01    Class C    Felony       NCIC 1299

    -- Robbery-2nd:Causes Physical Injury
    PL 160.10     Sub 02A    Class C    Felony       NCIC 1299

    -- Burglary 2nd Degree: Illegal Entry- Dwelling
    PL 140.25     Sub 02    Class C    Felony       NCIC 2299

    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
    PL 120.05     Sub 06    Class D    Felony       NCIC 1399

    -- Robbery-3rd Degree
    PL 160.05            Class D    Felony       NCIC 1299

    -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
    PL 140.20            Class D    Felony       NCIC 2299

    -- Grand Larceny 4th:Property Taken From Person
    PL 155.30     Sub 05    Class E    Felony       NCIC 2399

    -- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00     Sub 01    Class A   Misdemeanor     NCIC 1399

**DEF 573**

-- Criminal Trespass-2nd Degree
    PL 140.15          Class A   Misdemeanor    NCIC 5707

-- Criminal Possession Stolen Property-5th Degree
    PL 165.40          Class A   Misdemeanor    NCIC 2804

May 10, 2010
**Convicted Upon Plea Of Guilty** - Conviction Date: May 10, 2010
  -- Burglary:Dwelling Causing Injury
    PL 140.30       Sub 02     Class B    Felony     NCIC 2299

    **In Full Satisfaction of:**
      -- Robbery-2nd:Aided By Another
        PL 160.10 Sub01  Class C Felony NCIC 1299

      -- Robbery-2nd:Causes Physical Injury
        PL 160.10 Sub02A Class C Felony NCIC 1299

      -- Burglary 2nd Degree: Illegal Entry- Dwelling
        PL 140.25 Sub02  Class C Felony NCIC 2299

      -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
        PL 120.05     Sub06    Class D    Felony    NCIC 1399

      -- Robbery-3rd Degree
        PL 160.05  Class D Felony NCIC 1299

      -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
        PL 140.20      Class D   Felony    NCIC 2299

      -- Grand Larceny 4th:Property Taken From Person
        PL 155.30  Sub05  Class E Felony NCIC 2399

      -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00  Sub01  Class A Misdemeanor  NCIC 1399

      -- Criminal Trespass-2nd Degree
        PL 140.15  Class A Misdemeanor NCIC 5707

      -- Criminal Possession Stolen Property-5th Degree
        PL 165.40  Class A Misdemeanor NCIC 2804

    **Sentenced to:**   Order of Protection Term: 6 Year(s) Post Release Supervision Time: 5 Year(s)
    **Sentence Date:** May 24, 2010

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

  **Incarceration Admission Information**

| | |
|---|---|
| **Admission Date:** | June 10, 2010 |
| **Admission Reason:** | New Commitment |
| **Agency:** | NYS DOCCS Downstate Correctional Facility |
| **State Inmate ID No.:** | 10A2873 |
| **Sentence to:** | Term: 61 Month(s) to 6 Year(s); |
| **Max Expiration Date:** | October 09, 2014 |
| **Conditional Release Date** | November 27, 2013 |
| **Inmate Name:** | ELIEZER LOPEZ |
| **Admission Charges:** | |

    -- Burglary-1st Degree
      PL 140.30 Class B Felony Degree 1 NCIC 2299

**Incarceration Release Information**

| | |
|---|---|
| **Release Date:** | October 09, 2014 |
| **Release Reason:** | Maximum Expiration Post Release Supervision to Parole |
| **Agency:** | NYS DOCCS Attica Correctional Facility |
| **Name:** | ELIEZER LOPEZ |
| **Inmate ID Number:** | 10A2873 |

**Parole Release Information**

| | |
|---|---|
| **Received by Parole on:** | October 09, 2014 |
| **Release Type:** | Initial Release to Parole |
| **Max Expiration Date:** | October 09, 2019 |
| **Supervision Office:** | Bronx V |
| **Parole ID Number:** | 10A2873 |
| **Name:** | ELIEZE LOPEZ |

---

### ⊞ Cycle 12 ⊞

**Arrest/Charge Information**
Arrest Date: October 07, 2008 01:31 pm (13:31:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ▇▇▇ 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | ▇▇▇▇▇▇▇▇▇ |
| **Fax Number:** | B54365 |
| **Place of Arrest:** | NYCPD 52 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | October 07, 2008 |
| **Place of Crime:** | NYCPD 52 |
| **Criminal Justice Tracking No.:** | 63212896Q |
| **Arresting Agency:** | NYCPD PCT 052 |
| **Arresting Officer ID:** | 942095 |
| **Arrest Number:** | B08677558 |
| **Arrest Charges:** | |

    -- Robbery-3rd Degree

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...    2/4/2016

**DEF 575**

PL 160.05   Class D Felony Degree 3 NCIC 1299

**Court Case Information**

--Court: Bronx County Criminal Court   Case Number: 2008BX060109

October 08, 2008
**Initial Report Of Docket Number**

October 08, 2008
**Arraigned**
-- Assault 2: Cause Injury to Non-Participant During Commission of Felony
PL 120.05      Sub 06    Class D    Felony        NCIC 1399

-- Attempted Robbery-2nd:Causes Physical Injury
PL 160.10      Sub 02A   Class D    Felony        NCIC 1299

-- Attempted Robbery-3rd Degree
PL 160.05                Class E    Felony        NCIC 1299

-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00      Sub 01    Class A    Misdemeanor   NCIC 1399

-- Attempted Petit Larceny
PL 155.25                Class B    Misdemeanor   NCIC 2399

-- Harassment-2nd Degree: Physical Contact
PL 240.26      Sub 01               Violation     NCIC 7099

October 08, 2008
**Transferred**

October 08, 2008
**Transferred To Superior Court**
-- Assault 2: Cause Injury to Non-Participant During Commission of Felony
PL 120.05      Sub 06    Class D    Felony        NCIC 1399

-- Attempted Robbery-2nd:Causes Physical Injury
PL 160.10      Sub 02A   Class D    Felony        NCIC 1299

-- Attempted Robbery-3rd Degree
PL 160.05                Class E    Felony        NCIC 1299

-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00      Sub 01    Class A    Misdemeanor   NCIC 1399

-- Attempted Petit Larceny
PL 155.25                Class B    Misdemeanor   NCIC 2399

-- Harassment-2nd Degree: Physical Contact
PL 240.26      Sub 01               Violation     NCIC 7099

--Court: Bronx County Supreme Court   Case Number: 60109C-2008

October 09, 2008

DEF 576

**Initial Report Of Docket Number**
    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
        PL 120.05      Sub 06     Class D   Felony       NCIC 1399

    -- Attempted Robbery-2nd:Causes Physical Injury
        PL 160.10      Sub 02A    Class D   Felony       NCIC 1299

    -- Attempted Robbery-3rd Degree
        PL 160.05                Class E   Felony       NCIC 1299

    -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00      Sub 01     Class A   Misdemeanor   NCIC 1399

    -- Attempted Petit Larceny
        PL 155.25                Class B   Misdemeanor   NCIC 2399

    -- Harassment-2nd Degree: Physical Contact
        PL 240.26      Sub 01            Violation     NCIC 7099

**October 24, 2008**
**Dismissed Superseded**
    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
        PL 120.05      Sub 06     Class D   Felony       NCIC 1399

    -- Attempted Robbery-2nd:Causes Physical Injury
        PL 160.10      Sub 02A    Class D   Felony       NCIC 1299

    -- Attempted Robbery-3rd Degree
        PL 160.05                Class E   Felony       NCIC 1299

    -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00      Sub 01     Class A   Misdemeanor   NCIC 1399

    -- Attempted Petit Larceny
        PL 155.25                Class B   Misdemeanor   NCIC 2399

    -- Harassment-2nd Degree: Physical Contact
        PL 240.26      Sub 01            Violation     NCIC 7099

  **Associated Case Number(s):** 03809-2008

--**Court:**<u>Bronx County Supreme Court</u>   **Case Number:**03809-2008

**November 06, 2008**
**Initial Report Of Indictment Number**

**November 06, 2008**
**Arraigned**
    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
        PL 120.05      Sub 06     Class D   Felony       NCIC 1399

    -- Attempted Robbery-2nd:Causes Physical Injury
        PL 160.10      Sub 02A    Class D   Felony       NCIC 1299

   -- Attempted Robbery-3rd Degree
      PL 160.05           Class E    Felony      NCIC 1299

   -- Assault 3rd Degree: With Intent To Cause Physical Injury
      PL 120.00    Sub 01    Class A  Misdemeanor   NCIC 1399

   -- Petit Larceny
      PL 155.25          Class A  Misdemeanor   NCIC 2399

**May 10, 2010**
**Convicted Upon Plea Of Guilty** - Conviction Date: May 10, 2010

   -- Attempted Robbery-3rd Degree
      PL 160.05           Class E      Felony      NCIC 1299

        In Full Satisfaction of:
      -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
         PL 120.05     Sub06    Class D   Felony  NCIC 1399

     -- Attempted Robbery-2nd:Causes Physical Injury
        PL 160.10 Sub02A  Class D Felony NCIC 1299

     -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00   Sub01  Class A  Misdemeanor  NCIC 1399

     -- Petit Larceny
        PL 155.25   Class A Misdemeanor NCIC 2399

   **Sentenced to:**  Order of Protection Term: 18 Month(s) to 4 Year(s) Indeterminate
   **Sentence Date:** May 24, 2010

---

**Interim release Status:** Remanded without bail

---

## ⊞ Cycle 11 ⊞

**Arrest/Charge Information**
Arrest Date: May 29, 2008 09:20 pm (21:20:00)

| | |
|---|---|
| **Name:** | ELLEZ█ █ LOPEZ |
| **Date of Birth:** | █████ 979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | ████████████████ |
| **Fax Number:** | B30001 |
| **Place of Arrest:** | NYCPD 45 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | May 29  2008 |
| **Place of Crime:** | NYCPD 45 |
| **Criminal Justice Tracking No.:** | 63002733Q |

**DEF 578**

| | |
|---|---|
| **Arresting Agency:** | NYCPD PCT 045 |
| **Arresting Officer ID:** | 917272 |
| **Arrest Number:** | B08643715 |

**Arrest Charges:**
-- Petit Larceny
   PL 155.25   Class A Misdemeanor Degree 0 NCIC 2399

## Court Case Information

--**Court:**Bronx County Criminal Court   **Case Number:**2008BX033532

May 31, 2008
**Initial Report Of Docket Number**

May 31, 2008
**Arraigned**
-- Petit Larceny
   PL 155.25   Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
   PL 165.40   Class A Misdemeanor NCIC 2804

May 31, 2008
**Convicted Upon Plea Of Guilty** - Conviction Date: May 31, 2008

-- Petit Larceny
   PL 155.25     Class A  Misdemeanor     NCIC 2399

   **In Full Satisfaction of:**
   -- Criminal Possession Stolen Property-5th Degree
      PL 165.40   Class A Misdemeanor NCIC 2804

**Sentenced to:**   Term: 20 Day(s)
**Sentence Date:** May 31, 2008

---

### ⊞ Cycle 10 ⊞

**Arrest/Charge Information**
Arrest Date: April 03, 2008 02:40 pm (14:40:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ████ 1979 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | ████████████ |
| **Fax Number:** | BP7947 |
| **Place of Arrest:** | NYCPD 48 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | April 03, 2008 |
| **Place of Crime:** | Bronx County, NY |
| **Criminal Justice Tracking No.:** | 59912031M |

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

| | |
|---|---|
| **Arresting Agency:** | NYCPD PCT 048 |
| **Arresting Officer ID:** | 928042 |
| **Arrest Number:** | B08628266 |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03   Class A Misdemeanor  Degree 7 NCIC 3599

## Court Case Information

--**Court:** Bronx County Criminal Court    **Case Number:** 2008BX030195

May 16, 2008
**Initial Report Of Docket Number**

May 19, 2008
**Arraigned**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03      Class A   Misdemeanor   NCIC 3599

May 19, 2008
**Transferred**

May 19, 2008
**Transferred To Superior Court**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03      Class A   Misdemeanor   NCIC 3599

--**Court:** Bronx County Supreme Court    **Case Number:** 30195C-2008

July 14, 2008
**Initial Report Of Docket Number**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03      Class A   Misdemeanor   NCIC 3599

March 09, 2010
**Returned To Lower Court**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03      Class A   Misdemeanor   NCIC 3599

**Interim release Status:** Released on own recognizance (ROR)

⊞ Cycle 9 ⊞

### Arrest/Charge Information
Arrest Date: October 17, 2007 04:30 pm (16:30:00)

| | |
|---|---|
| **Name:** | ELIEZIEL LOPEZ |
| **Date of Birth:** | ███████ 1979 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 28 |
| **Fax Number:** | B59374 |

DEF 580

| | |
|---|---|
| **Place of Arrest:** | NYCPD 40 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | October 17, 2007 |
| **Place of Crime:** | NYCPD 40 |
| **Criminal Justice Tracking No.:** | 59529975R |
| **Arresting Agency:** | NYC Housing Authority Intelligence Unit |
| **Arresting Officer ID:** | 932679 |
| **Arrest Number:** | B076804006 |

**Arrest Charges:**

-- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
     PL 140.20     Class D   Felony        Degree 3   NCIC 2299

-- Grand Larceny-3rd:Property Value Exceeds $3000
     PL 155.35     Class D   Felony        Degree 3   NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
     PL 165.40     Class A   Misdemeanor   Degree 5   NCIC 2804

-- Resisting Arrest
     PL 205.30     Class A   Misdemeanor   Degree 0   NCIC 4801

## Court Case Information

**--Court:** Bronx County Criminal Court    **Case Number:** 2007BX064047

October 19, 2007
   **Initial Report Of Docket Number**

October 19, 2007
   **Arraigned**

-- Burglary 2nd Degree: Illegal Entry- Dwelling
     PL 140.25    Sub 02   Class C   Felony       NCIC 2299

-- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
     PL 140.20           Class D   Felony       NCIC 2299

-- Criminal Mischief:Intent To Damage Property
     PL 145.00    Sub 01   Class A   Misdemeanor   NCIC 2999

-- Possession Of Burglar Tools
     PL 140.35           Class A   Misdemeanor   NCIC 2206

-- Petit Larceny
     PL 155.25           Class A   Misdemeanor   NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
     PL 165.40           Class A   Misdemeanor   NCIC 2804

-- Criminal Trespass 3rd: Property Fenced in or Enclosed
     PL 140.10    Sub 0A   Class B   Misdemeanor   NCIC 5707

-- Trespass
     PL 140.05                   Violation      NCIC 5707

**DEF 581**

October 19, 2007
**Transferred**

October 19, 2007
**Transferred To Superior Court**
    -- Burglary 2nd Degree: Illegal Entry- Dwelling
        PL 140.25    Sub 02    Class C  Felony        NCIC 2299

    -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
        PL 140.20        Class D  Felony        NCIC 2299

    -- Criminal Mischief:Intent To Damage Property
        PL 145.00    Sub 01    Class A  Misdemeanor  NCIC 2999

    -- Possession Of Burglar Tools
        PL 140.35        Class A  Misdemeanor  NCIC 2206

    -- Petit Larceny
        PL 155.25        Class A  Misdemeanor  NCIC 2399

    -- Criminal Possession Stolen Property-5th Degree
        PL 165.40        Class A  Misdemeanor  NCIC 2804

    -- Criminal Trespass 3rd: Property Fenced in or Enclosed
        PL 140.10    Sub 0A    Class B  Misdemeanor  NCIC 5707

    -- Trespass
        PL 140.05               Violation     NCIC 5707

October 19, 2007
**Not Arraigned**
    -- Grand Larceny-3rd:Property Value Exceeds $3000
        PL 155.35    Class D Felony    NCIC 2399

    -- Resisting Arrest
        PL 205.30    Class A Misdemeanor  NCIC 4801

--**Court:**<u>Bronx County Supreme Court</u>    **Case Number:**64047C-2007

October 20, 2007
**Initial Report Of Docket Number**
    -- Burglary 2nd Degree: Illegal Entry- Dwelling
        PL 140.25    Sub 02    Class C  Felony        NCIC 2299

    -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
        PL 140.20        Class D  Felony        NCIC 2299

    -- Criminal Mischief:Intent To Damage Property
        PL 145.00    Sub 01    Class A  Misdemeanor  NCIC 2999

    -- Possession Of Burglar Tools
        PL 140.35        Class A  Misdemeanor  NCIC 2206

**DEF 582**

-- Petit Larceny
PL 155.25                Class A  Misdemeanor    NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
PL 165.40                Class A  Misdemeanor    NCIC 2804

-- Criminal Trespass 3rd: Property Fenced in or Enclosed
PL 140.10      Sub 0A   Class B  Misdemeanor    NCIC 5707

-- Trespass
PL 140.05                         Violation      NCIC 5707

November 16, 2007
**Dismissed Superseded**

-- Burglary 2nd Degree: Illegal Entry- Dwelling
PL 140.25      Sub 02   Class C  Felony         NCIC 2299

-- Burglary-3rd Degree: Illegal Entry wit  Intent to Commit a Crime
PL 140.20                Class D  Felony         NCIC 2299

-- Criminal Mischief:Intent To Damage P operty
PL 145.00      Sub 01   Class A  Misdemeanor    NCIC 2999

-- Possession Of Burglar Tools
PL 140.35                Class A  Misdemeanor    NCIC 2206

-- Petit Larceny
PL 155.25                Class A  M  demeanor    NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
PL 165.40                Class A  Misdemeanor    NCIC 2804

-- Criminal Trespass 3rd: Property Fence  in or Enclosed
PL 140.10      Sub 0A   Class B  Misdemeanor    NCIC 5707

-- Trespass
PL 140.05                         Violation      NCIC 5707

**Associated Case Number(s):** 04424-2007

--**Court:**Bronx County Supreme Court   **Case N  mber:**04424-2007

December 12, 2007
**Initial Report Of Indictment Number**

December 12, 2007
**Arraigned**
-- Burglary 2nd Degree: Illegal Entry- D  elling
PL 140.25      Sub 02   Class C  Felony         NCIC 2299

-- Burglary-3rd Degree: Illegal Entry with intent to Commit a Crime
PL 140.20                Class D  Felony         NCIC 2299

DEF 583

-- Criminal Mischief:Intent To Damage Property
     PL 145.00     Sub 01    Class A   Misdemeanor    NCIC 2999

-- Criminal Trespass-2nd Degree
     PL 140.15           Class A   Misdemeanor    NCIC 5707

-- Petit Larceny
     PL 155.25           Class A   Misdemeanor    NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
     PL 165.40           Class A   Misdemeanor    NCIC 2804

May 10, 2010
  **Convicted Upon Plea Of Guilty** - Conviction Date: May 10, 2010
     -- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime
        PL 140.20         Class D     Felony     NCIC 2299

         **In Full Satisfaction of:**
        -- Burglary 2nd Degree: Illegal Entry- Dwelling
         PL 140.25 Sub02   Class C Felony NCIC 2299

        -- Criminal Mischief:Intent To Damage Property
         PL 145.00 Sub01   Class A Misdemeanor NCIC 2999

        -- Criminal Trespass-2nd Degree
         PL 140.15   Class A Misdemeanor NCIC 5707

        -- Petit Larceny
         PL 155.25   Class A Misdemeanor NCIC 2399

        -- Criminal Possession Stolen Property-5th Degree
         PL 165.40   Class A Misdemeanor NCIC 2804

    **Sentenced to:**   Order of Protection Term: 2 Year(s) to 6 Year(s) Indeterminate
    **Sentence Date:** May 24, 2010

**Interim release Status:** Remanded without bail

---

### 🔲 Cycle 8 🔲
#### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: October 02, 2007 03:44 am (03:44:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ███████ 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 28 |
| **Address:** | ██████████████████████ |

DEF 584

| | |
|---|---|
| **Fax Number:** | B56038 |
| **Place of Arrest:** | NYCPD 48 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | October 03, 2007 |
| **Place of Crime:** | NYCPD 48 |
| **Criminal Justice Tracking No.:** | 595011821 |
| **Arresting Agency:** | NYCPD PCT 048 |
| **Arresting Officer ID:** | 930942 |
| **Arrest Number:** | B076758 |
| **Arrest Charges:** | |

-- Robbery-2nd:Aided By Another
    PL 160.10   Sub 01  Class C Felony     Degree 2 NCIC 1299

-- Menacing-2nd:Weapon
    PL 120.14   Sub 01  Class A Misdemeanor Degree 2 NCIC 1316

-- Criminal Possession Weapon-4th:Firearm/Weapon
    PL 265.01   Sub 01  Class A Misdemeanor Degree 4 NCIC 5212

-- Criminal Possession Stolen Property-5th Degree
    PL 165.40           Class A Misdemeanor Degree 5 NCIC 2804

### Court Case Information

--**Court:**Bronx County Criminal Court   **Case Number:**2007BX060602

October 03, 2007
  **Initial Report Of Docket Number**

October 04, 2007
  **Arraigned**
-- Robbery-1st:Use/Threatens Use Of Dangerous Instrument
    PL 160.15   Sub 03     Class B Felony     NCIC 1299

-- Robbery-2nd:Aided By Another
    PL 160.10   Sub 01     Class C Felony     NCIC 1299

-- Robbery-2nd:Causes Physical Injury
    PL 160.10   Sub 02A   Class C Felony     NCIC 1299

-- Robbery-3rd Degree
    PL 160.05          Class D Felony     NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
    PL 155.30   Sub 05     Class E Felony     NCIC 2399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00   Sub 01   Counts: 2 Class A Misdemeanor NCIC 1399

-- Menacing-2nd:Weapon
    PL 120.14   Sub 01     Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
    PL 265.01   Sub 02     Class A Misdemeanor NCIC 5212

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

-- Petit Larceny
   PL 155.25                                    Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5t  Degree
   PL 165.40                                    Class   Misdemeanor NCIC 2804

-- Harassment-2nd Degree: Physical Contact
   PL 240.26     Sub 01                            Violation       NCIC 7099

October 04, 2007
**Transferred**

October 04, 2007
**Transferred To Superior Court**

-- Robbery-1st:Use/Threatens Use Of Da gerous Instrument
   PL 160.15     Sub 03          Class B Felony        NCIC 1299

-- Robbery-2nd:Aided By Another
   PL 160.10     Sub 01          Class C Felony        NCIC 1299

-- Robbery-2nd:Causes Physical Injury
   PL 160.10     Sub 02A         Class C Felony        NCIC 1299

-- Robbery-3rd Degree
   PL 160.05                     Class D Felony        NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
   PL 155.30     Sub 05          Class E Felony        NCIC 2399

-- Assault 3rd Degree: With Intent To Ca se Physical Injury
   PL 120.00     Sub 01    Counts: 2 Class A Misdemeanor NCIC 1399

-- Menacing-2nd:Weapon
   PL 120.14     Sub 01          Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
   PL 265.01     Sub 02          Class A Misdemeanor NCIC 5212

-- Petit Larceny
   PL 155.25                     Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
   PL 165.40                     Class A Misdemeanor NCIC 2804

-- Harassment-2nd Degree: Physical Contact
   PL 240.26     Sub 01                Violation       NCIC 7099

October 04, 2007
**Not Arraigned**

-- Criminal Possession Weapon-4th:Firearm/Weapon
   PL 265.01     Sub 01   Class A Misdemeanor NCIC 5212

2

DEF 586

--Court: <u>Bronx County Supreme Court</u>   **Case Number:** 60602C-2007

October 05, 2007
**Initial Report Of Docket Number**

-- Robbery-1st:Use/Threatens Use Of Dangerous Instrument
   PL 160.15    Sub 03         Class B Felony      NCIC 1299

-- Robbery-2nd:Aided By Another
   PL 160.10    Sub 01         Class C Felony      NCIC 1299

-- Robbery-2nd:Causes Physical Injury
   PL 160.10    Sub 02A       Class C Felony      NCIC 1299

-- Robbery-3rd Degree
   PL 160.05                    Class D Felony      NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
   PL 155.30    Sub 05         Class E Felony      NCIC 2399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
   PL 120.00    Sub 01   Counts: 2 Class A Misdemeanor NCIC 1399

-- Menacing-2nd:Weapon
   PL 120.14    Sub 01         Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Int To Use
   PL 265.01    Sub 02         Class A Misdemeanor NCIC 5212

-- Petit Larceny
   PL 155.25                    Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
   PL 165.40                    Class A Misdemeanor NCIC 2804

-- Harassment-2nd Degree: Physical Contact
   PL 240.26    Sub 01              Violation      NCIC 7099

October 26, 2007
**Dismissed Superseded**

-- Robbery-1st:Use/Threatens Use Of Dangerous Instrument
   PL 160.15    Sub 03         Class B Felony      NCIC 1299

-- Robbery-2nd:Aided By Another
   PL 160.10    Sub 01         Class C Felony      NCIC 1299

-- Robbery-2nd:Causes Physical Injury
   PL 160.10    Sub 02A       Class C Felony      NCIC 1299

-- Robbery-3rd Degree
   PL 160.05                    Class D Felony      NCIC 1299

-- Grand Larceny 4th:Property Taken From Person

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

DEF 587

    PL 155.30    Sub 05       Class E Felony     NCIC 2399

-- Assault 3rd Degree: With Intent To Cause Physical Injury
    PL 120.00    Sub 01    Counts: 2 Class A Misdemeanor NCIC 1399

-- Menacing-2nd:Weapon
    PL 120.14    Sub 01       Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
    PL 265.01    Sub 02       Class A Misdemeanor NCIC 5212

-- Petit Larceny
    PL 155.25             Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
    PL 165.40             Class A Misdemeanor NCIC 2804

-- Harassment-2nd Degree: Physical Contact
    PL 240.26    Sub 01          Violation    NCIC 7099

**Associated Case Number(s):** 04247-2007

--**Court:**<u>Bronx County Supreme Court</u>   **Case Number:**04247-2007

  December 12, 2007
  **Initial Report Of Indictment Number**

  December 12, 2007
  **Arraigned**
    -- Robbery-1st:Use/Threatens Use Of Dangerous Instrument
      PL 160.15    Sub 03    Class B  Felony      NCIC 1299

    -- Robbery-2nd:Aided By Another
      PL 160.10    Sub 01    Class C  Felony      NCIC 1299

    -- Robbery-2nd:Causes Physical Injury
      PL 160.10    Sub 02A  Class C  Felony      NCIC 1299

    -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
      PL 120.05    Sub 06    Class D  Felony      NCIC 1399

    -- Robbery-3rd Degree
      PL 160.05           Class D  Felony      NCIC 1299

    -- Grand Larceny 4th:Property Taken From Person
      PL 155.30    Sub 05    Class E  Felony      NCIC 2399

    -- Assault 3rd Degree: With Intent To Cause Physical Injury
      PL 120.00    Sub 01    Class A  Misdemeanor  NCIC 1399

    -- Criminal Mischief:Intent To Damage Property
      PL 145.00    Sub 01    Class A  Misdemeanor  NCIC 2999

    -- Petit Larceny

DEF 588

```
    PL 155.25                Class A  Misdemeanor     NCIC 2399

  -- Criminal Possession Stolen Property-5th Degree
    PL 165.40                Class A   Misdemeanor     NCIC 2804
```

May 10, 2010
 **Convicted Upon Plea Of Guilty** - Conviction Date: May 10, 2010
   -- Robbery-3rd Degree
   PL 160.05              Class D       Felony          NCIC 1299

         **In Full Satisfaction of:**
         -- Robbery-1st:Use/Threatens Use Of Dangerous Instrument
            PL 160.15    Sub03    Class B   Felony  NCIC 1299

         -- Robbery-2nd:Aided By Another
            PL 160.10  Sub01  Class C Felony NCIC 1299

         -- Robbery-2nd:Causes Physical Injury
            PL 160.10 Sub02A  Class C Felony NCIC 1299

         -- Assault 2: Cause Injury to Non-Participant During Commission of Felony
            PL 120.05      Sub06      Class D     Felony     NCIC 1399

         -- Grand Larceny 4th:Property Taken From Person
            PL 155.30  Sub05  Class E Felony NCIC 2399

         -- Assault 3rd Degree: With Intent To Cause Physical Injury
            PL 120.00    Sub01   Class A  Misdemeanor   NCIC 1399

         -- Criminal Mischief:Intent To Damage Property
            PL 145.00 Sub01  Class A Misdemeanor NCIC 2999

         -- Petit Larceny
            PL 155.25   Class A Misdemeanor NCIC 2399

         -- Criminal Possession Stolen Property-5th Degree
            PL 165.40   Class A Misdemeanor NCIC 2804

   **Sentenced to:**   Order of Protection Term: 2 Year(s) to 6 Year(s) Indeterminate
   **Sentence Date:** May 24, 2010

**Interim release Status:** Remanded without bail

---

## ⬇ Cycle 7 ⬆

### Arrest/Charge Information
Arrest Date: July 28, 2007 01:05 pm (13:05:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ▮▮▮ 1979 |
| **Sex:** | Male |
| **Race:** | Black |

DEF 589

| Ethnicity: | Hispanic |
|---|---|
| Age at time of crime/arrest: | 28 |
| Address: | [REDACTED] |
| Fax Number: | BP13543 |
| Place of Arrest: | NYCPD 40 |
| Arrest Type: | Unknown |
| Date of Crime: | July 28, 2007 |
| Place of Crime: | NYCPD 40 |
| Criminal Justice Tracking No.: | 59286795H |
| Arresting Agency: | NYCPD PCT 040 |
| Arresting Officer ID: | 934805 |
| Arrest Number: | B076585-4 |
| Arrest Charges: | |

    -- Petit Larceny
      PL 155.25   Class A Misdemeanor Degree 0 NCIC 2399

    -- Criminal Possession Stolen Property-5th Degree
      PL 165.40   Class A Misdemeanor Degree 5 NCIC 2804

## Court Case Information

--Court: Bronx County Criminal Court    Case Number: 2007BX046624

July 29, 2007
**Initial Report Of Docket Number**

July 29, 2007
**Arraigned**
    -- Petit Larceny
      PL 155.25   Class A Misdemeanor NCIC 2399

    -- Criminal Possession Stolen Property-5th Degree
      PL 165.40   Class A Misdemeanor NCIC 2804

July 29, 2007
**Convicted Upon Plea Of Guilty** - Conviction Date: July 29, 2007

    -- Petit Larceny
      PL 155.25   Class A Misdemeanor NCIC 2399

    **Sentenced to:**   Term: 20 Day(s)
    **Sentence Date:** July 29, 2007
    -- Criminal Possession Stolen Property-5th Degree
      PL 165.40   Class A Misdemeanor NCIC 2804

    **Sentenced to:**   Term: 20 Day(s)
    **Sentence Date:** July 29, 2007

### ⊞ Cycle 6 ⊞

**Arrest/Charge Information**
Arrest Date: April 28, 2007 08:10 pm (20:10:00)

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...    2/4/2016

DEF 590

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ████ 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 28 |
| **Fax Number:** | B25288 n. |
| **Place of Arrest:** | NYCPD 8 |
| **Arrest Type:** | Unknow |
| **Date of Crime:** | April 28, 2007 |
| **Place of Crime:** | Bronx County, NY |
| **Criminal Justice Tracking No.:** | 5901250 N |
| **Arresting Agency:** | NYCPD PCT 048 |
| **Arresting Officer ID:** | 933573 |
| **Arrest Number:** | B07634152 |

**Arrest Charges:**

-- Criminal Trespass-2nd Degree
　　PL 140.15　Class A Misdemeanor Degree 2 NCIC 5707

## Court Case Information

--**Court:** Bronx County Criminal Court    **Case Number:** 2007BX027126

April 29, 2007
**Initial Report Of Docket Number**

April 29, 2007
**Arraigned**
-- Criminal Trespass-2nd Degree
　　PL 140.15　　　　Class A Misdemeanor NCIC 5707

-- Criminal Trespass 3rd: Property Fenced in or Enclosed
　　PL 140.10　Sub 0A　Class B Misdemeanor NCIC 5707

April 29, 2007
**Transferred**

April 29, 2007
**Transferred To Superior Court**
-- Criminal Trespass-2nd Degree
　　PL 140.15　　　　Class A Misdemeanor NCIC 5707

-- Criminal Trespass 3rd: Property Fenced in or Enclosed
　　PL 140.10　Sub 0A　Class B Misdemeanor NCIC 5707

--**Court:** Bronx County Supreme Court    **Case Number:** 27126C-2007

May 04, 2007
**Initial Report Of Docket Number**
-- Criminal Trespass-2nd Degree
　　PL 140.15　　　　Class A Misdemeanor NCIC 5707

-- Criminal Trespass 3rd: Property Fenced in or Enclosed
　　PL 140.10　Sub 0A　Class B Misdemeanor NCIC 5707

https://www.ejusticeny.ny.gov/wps/myportal/! /p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...    2/4/2016

May 04, 2007
**Convicted Upon Plea Of Guilty** - Conviction Date: May 04, 2007

   -- Criminal Trespass-2nd Degree
      PL 140.15   Class A   Misdemeanor     NCIC 5707

         **In Full Satisfaction of:**
      -- Criminal Trespass 3rd: Property Fenced in or Enclosed
        PL 140.10  Sub0A  Class B  Misdemeanor  NCIC 5707

   **Sentenced to:**   Term: 20 Day(s)
   **Sentence Date:** May 04, 2007

---

## ⊞ Cycle 5 ⊞

### Arrest/Charge Information
Arrest Date: April 05, 2007 04:15 pm (16:15:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ████ 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 28 |
| **Address:** | ████████████ |
| **Fax Number:** | B20725 |
| **Place of Arrest:** | NYCPD |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | April 05, 2007 |
| **Place of Crime:** | NYCPD 49 |
| **Criminal Justice Tracking No.:** | 5892660 |
| **Arresting Agency:** | NYCPD PCT 049 |
| **Arresting Officer ID:** | 926396 |
| **Arrest Number:** | B0762761 |

**Arrest Charges:**

   -- Criminal Mischief:Intent To Damage Property
      PL 145.00   Sub 01  Class A Misdemeanor Degree 4 NCIC 2999

   -- Possession Of Burglar Tools
      PL 140.35      Class A Misdemeanor Degree 0 NCIC 2206

   -- Petit Larceny
      PL 155.25      Class A Misdemeanor Degree 0 NCIC 2399

   -- Criminal Possession Stolen Property-5th Degree
      PL 165.40      Class A Misdemeanor Degree 5 NCIC 2804

### Court Case Information

--**Court:**Bronx County Criminal Court   Case Number:2007BX021843
   April 06, 2007

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNllUKaZcK...  2/4/2016

**Initial Report Of Docket Number**

April 06, 2007
**Arraigned**
   -- Possession Of Burglar Tools
      PL 140.35    Class A Misdemeanor  NCIC 2206

   -- Petit Larceny
      PL 155.25    Class A Misdemeanor  NCIC 2399

   -- Criminal Possession Stolen Property-5  Degree
      PL 165.40    Class A Misdemeanor  NCIC 2804

April 06, 2007
**Convicted Upon Plea Of Guilty** - Conviction Date: April 06, 2007

   -- Possession Of Burglar Tools
      PL 140.35    Class A  Misdemeanor     NCIC 2206

        **In Full Satisfaction of:**
      -- Petit Larceny
         PL 155.25  Class A Misdemeanor NCIC 2399

      -- Criminal Possession Stolen Property-5th Degree
         PL 165.40  Class A Misdemeanor NCIC 2804

    **Sentenced to:**   Term: 30 Day(s)
    **Sentence Date:** April 06, 2007

April 06, 2007
**Not Arraigned**
   -- Criminal Mischief:Intent To Damage Property
      PL 145.00   Sub 01  Class A Misdemeanor NCIC 2999

---

**⊞ Cycle 4 ⊞**

**Arrest/Charge Information**
Arrest Date: March 06, 2007 08:09 pm (20:09:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ███████ 1979 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 28 |
| **Address:** | ███████████ |
| **Fax Number:** | B14801 |
| **Place of Arrest:** | NYCPD 48 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | March 0  2007 |
| **Place of Crime:** | Bronx County, NY |
| **Criminal Justice Tracking No.:** | 58840224M |
| **Arresting Agency:** | NYCPD CT 048 |

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

DEF 593

**Arresting Officer ID:**     900241
**Arrest Number:**     B0761945

**Arrest Charges:**
    -- Attempted Criminal Trespass-2nd Degree
      PL 140.15   Class B Misdemeanor Degree 2 NCIC 5707

**Court Case Information**

--**Court:**Bronx County Criminal Court   **Case Number:**2007BX015408

March 07, 2007
**Initial Report Of Docket Number**

March 07, 2007
**Arraigned**
    -- Criminal Trespass-2nd Degree
      PL 140.15              Class A   Misdemeanor   NCIC 5707

    -- Criminal Trespass 3rd: Public Housing-In Violation of Posted Rules
      PL 140.10      Sub 0E   Class B   Misdemeanor   NCIC 5707

March 07, 2007
**Convicted Upon Plea Of Guilty** - Conviction Date: March 07, 2007

    -- Criminal Trespass-2nd Degree
      PL 140.15      Class A    Misdemeanor       NCIC 5707

      **In Full Satisfaction of:**
      -- Criminal Trespass 3rd: Public Housing-In Violation of Posted Rules
      PL 140.10      Sub0E   Class B   Misdemeanor   NCIC 5707

    **Sentenced to:**   Term: Time Served
    **Sentence Date:** March 07, 2007

March 07, 2007
**Not Arraigned**
    -- Attempted Criminal Trespass-2nd Degree
      PL 140.15   Class B Misdemeanor NCIC 5707

---

⊞ **Cycle 3** ⊞

**Arrest/Charge Information**
Arrest Date: November 06, 2006 12:43 pm (12:43 00)

| | |
|---|---|
| **Name:** | ELIEZE LOPEZ |
| **Date of Birth:** | ███ 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 27 |
| **Address:** | ███████ |
| **Fax Number:** | B59218 |
| **Place of Arrest:** | NYCPD 47 |

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

DEF 594

| | |
|---|---|
| **Arrest Type:** | Unknown |
| **Date of Crime:** | November 06, 2006 |
| **Place of Crime:** | NYCPD 47 |
| **Criminal Justice Tracking No.:** | 58533158L |
| **Arresting Agency:** | NYCPD PCT 047 |
| **Arresting Officer ID:** | 931377 |
| **Arrest Number:** | B06673937 |

**Arrest Charges:**

    -- Criminal Mischief:Intent To Damage Property

        PL 145.00   Sub 01  Class A Misdemeanor Degree 4 NCIC 2999

    -- Petit Larceny

        PL 155.25        Class A Misdemeanor Degree 0 NCIC 2399

## Court Case Information

**--Court:** Bronx County Criminal Court   **Case Number:** 2006BX058728

November 07, 2006
**Initial Report Of Docket Number**

November 07, 2006
**Arraigned**

    -- Criminal Mischief:Intent To Damage Property

        PL 145.00   Sub 01  Class A Misdemeanor NCIC 2999

    -- Possession Of Burglar Tools

        PL 140.35        Class A Misdemeanor NCIC 2206

    -- Petit Larceny

        PL 155.25        Class A Misdemeanor NCIC 2399

    -- Criminal Tampering-3rd Degree

        PL 145.14        Class B Misdemeanor NCIC 2999

November 07, 2006
**Convicted Upon Plea Of Guilty** - Conviction Date: November 07, 2006

    -- Possession Of Burglar Tools

        PL 140.35    Class A   Misdemeanor     NCIC 2206

        **In Full Satisfaction of:**

        -- Criminal Mischief:Intent To Damage Property

            PL 145.00 Sub01  Class A Misdemeanor NCIC 2999

        -- Petit Larceny

            PL 155.25   Class A Misdemeanor NCIC 2399

        -- Criminal Tampering-3rd Degree

            PL 145.14   Class B Misdemeanor NCIC 2999

    **Sentenced to:**   Term: 30 Day(s)

    **Sentence Date:** November 07, 2006

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...   2/4/2016

DEF 595

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

    **Incarceration Admission Information**

| | |
|---|---|
| **Admission Date:** | November 07, 2006 |
| **Admission Reason:** | |
| **Agency:** | NYCDOC, Eric M Taylor Center EMTC |
| **Inmate ID Number:** | 24106152. |
| **Sentence to:** | Term: 3 : onth(s); |
| **Max Expiration Date:** | 'l |
| **Inmate Name:** | ELIEZER LOPEZ |
| **Admission Charges:** | |

        -- Burglary-1st Degree: Displays What Appears To Be A Firearm
          PL 140.30    Class B   Felony   Degree 1   NCIC 2299

---

## ⊞ Cycle 2 ⊞

**Arrest/Charge Information**
Arrest Date: July 15, 2006 12:25 am (00:25:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 27 |
| **Address:** | |
| **Fax Number:** | B37783 |
| **Place of Arrest:** | NYCPD 47 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | July 15, 2006 |
| **Place of Crime:** | NYCPD 7 |
| **Criminal Justice Tracking No.:** | 5817287 P |
| **Arresting Agency:** | NYCPD PCT 047 |
| **Arresting Officer ID:** | 919215 |
| **Arrest Number:** | B066467 )3 |
| **Arrest Charges:** | |

    -- Criminal Mischief:Intent To Damage Property
        PL 145.00   Sub 01  Class A Misdemeanor Degree 4 NCIC 2999

    -- Possession Of Burglar Tools
        PL 140.35      Class A Misdemeanor Degree 0 NCIC 2206

    -- Petit Larceny
        PL 155.25      Class A Misdemeanor Degree 0 NCIC 2399

    -- Criminal Possession Stolen Property-5th Degree
        PL 165.40      Class A Misdemeanor Degree 5 NCIC 2804

**DEF 596**

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05        Class A Misdemeanor Degree 2 NCIC 5099

## Court Case Information

--Court: <u>Bronx County Criminal Court</u>   **Case Number:** 2006BX037356

July 15, 2006
  **Initial Report Of Docket Number**

July 15, 2006
  **Arraigned**
    -- Possession Of Burglar Tools
      PL 140.35  Counts: 2 Class A Misdemeanor NCIC 2206

    -- Petit Larceny
      PL 155.25        Class A Misdemeanor NCIC 2399

    -- Criminal Possession Stolen Property-5th Degree
      PL 165.40        Class A Misdemeanor NCIC 2804

July 15, 2006
  **Convicted Upon Plea Of Guilty** - Conviction Date: July 15, 2006

    -- Possession Of Burglar Tools
      PL 140.35      Class A    Misdemeanor      NCIC 2206

        **In Full Satisfaction of:**
          -- Petit Larceny
            PL 155.25  Class A Misdemeanor NCIC 2399

          -- Criminal Possession Stolen Property-5th Degree
            PL 165.40  Class A Misdemeanor NCIC 2804

    **Sentenced to:**   Conditional discharge Community Service 5 Day(s)
    **Sentence Date:** July 15, 2006

July 15, 2006
  **Not Arraigned**
    -- Criminal Mischief:Intent To Damage Property
      PL 145.00   Sub 01  Class A Misdemeanor NCIC 2999

    -- Obstruct Governmental Administration-2nd Degree
      PL 195.05        Class A Misdemeanor NCIC 5099

September 14, 2006
  **Bench Warrant Issued, Resentence Hearing Pending**

November 07, 2006
  **Resentenced**
    -- Possession Of Burglar Tools
      PL 140.35  Class A Misdemeanor NCIC 2206

DEF 597

Case 1:17-cv-00181-LAP    Document 80-11    Filed 10/07/20    Page 36 of 40

**Sentenced to:** Term: 30 Day(s)
**Sentence Date:** November 07, 2006

November 07, 2006
**Bench Warrant Vacated**

---

**Interim release Status:** Remanded without bail

---

## Cycle 1

### Arrest/Charge Information
Arrest Date: July 01, 2006 12:57 pm (12:57:00)

| | |
|---|---|
| **Name:** | ELIEZER LOPEZ |
| **Date of Birth:** | ████1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Age at time of crime/arrest:** | 27 |
| **Address:** | ██████████████ |
| **Fax Number:** | B35282 |
| **Place of Arrest:** | NYCPD 47 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | July 01, 2006 |
| **Place of Crime:** | NYCPD 47 |
| **Criminal Justice Tracking No.:** | 5814185 F |
| **Arresting Agency:** | NYCPD CT 047 |
| **Arresting Officer ID:** | 934284 |
| **Arrest Number:** | B06643508 |

**Arrest Charges:**

-- Criminal Mischief:Intent To Damage Property
   PL 145.00    Sub 01  Class A Misdemeanor Degree 4 NCIC 2999

-- Criminal Possession Of A Taximeter Accelerating Device
   PL 145.70    Sub 03  Class A Misdemeanor Degree 0 NCIC 2699

-- Petit Larceny
   PL 155.25          Class A Misdemeanor Degree 0 NCIC 2399

-- Criminal Tampering-3rd Degree
   PL 145.14          Class B Misdemeanor Degree 3 NCIC 2999

### Court Case Information

--**Court:**Bronx County Criminal Court    **Case Number:**2006BX034938

July 02, 2006
**Initial Report Of Docket Number**

July 02, 2006
**Arraigned**
   -- Criminal Mischief:Intent To Damage Property

https://www.ejusticeny.ny.gov/wps/myportal/!u./p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...    2/4/2016

**DEF 598**

    PL 145.00   Sub 01  Class A Misdemeanor NCIC 2999

-- Petit Larceny
    PL 155.25       Class A Misdemeanor NCIC 2399

-- Criminal Tampering-3rd Degree
    PL 145.14       Class B Misdemeanor NCIC 2999

July 02, 2006
**Convicted Upon Plea Of Guilty** - Conviction Date: July 02, 2006
    -- Criminal Mischief:Intent To Damage Property
    PL 145.00   Sub 01  Class A Misdemeanor NCIC 2999

    **Sentenced to:**  Term: 10 Day(s)
    **Sentence Date:** July 02, 2006

**Interim release Status:** Remanded without bail

---

● **Other History Related Information**
  There is no Other History Related Information associated with this history.

● **Wanted Information**

  **CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

**Warrant: 1 of 1**

  **Associated Charge:**

    -- Grand Larceny-4th Degree
      PL 155.30  Class E Felony Degree 4 NCIC 2399

  **Wanted By:** <u>Bedford Town Police Department (NY0595000)</u>
        307 Bedford Road, Bedford Hills, NY, 10507-1321
        (914) 241-3111

  **Warrant Data:**

  **Name:** ELIODORO PENA-LOPEZ

  **Alias:**  ELIODORO LOPEZ   ELIODORO PENA

  **Date of Birth:**    ██████ 1979

  **Place of Birth:** Mexico(State)

| **Sex:** | **Race:** | **Skin Tone:** | |
|---|---|---|---|
| Male | Unknown | Medium | |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 5' 07" | 150 |

  **Primary Social Security#:**

DEF 599

**NYSID#:    WPR#:**
3649337

**Originating Agency Case#:**
216-15

**Misc Data:**
CASE BP-00216-15

The following field(s) are similar to the data included in your request: Name, Sex

| | | | |
|---|---|---|---|
| **Date of Warrant:** | December 01, 2015 | **Type of Warrant:** | Arrest Warrant |
| **Date of Entry Onto State Files:** | December 01, 2015 | **Status of Warrant:** | Issued - a warrant has been signed by an empowered authority |

The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..

Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.

---

● **Missing Person Information**

There is no NYS Missing Information associated with this history.

---

● **Additional Information**

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution:** Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

---

### Federal NCIC, III and/or FBI Response

---

● **NCIC Information**

The following information is provided in response to your request for a search of the NCIC - Person Files based on:

| | |
|---|---|
| **Name:** | LOPEZ, ELIEZER |
| **Sex:** | Male |
| **Race:** | Black |
| **Date of Birth:** | [redacted] 1979 |
| **Social Security number:** | [redacted] |
| **FBI number:** | [redacted] |

NY030105G

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
WARNING REGARDING FOLLOWING RECORD - SUBJECT OF NIC/N070518413 IS A
PREVIOUSLY DEPORTED FELON. CONTACT LESC AT (877) 999-5372 FOR IMMEDIATE

---

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/jZDBboMwDEC_ptfEAQrhCFvHqBB0pUxNLlUKaZcK...    2/4/2016

**DEF 600**

```
HIT CONFIRMATION AND AVAILABILITY OF BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT DETAINER.
MKE/IMMIGRATION VIOLATION - DEPORTED FELON
ORI/VTICE0900 NAM/CUELLO-URBAEZ,EDWIN ANTONIO SEX/M RAC/B POB/DR
DOB/19810320 HGT/507 WGT/175 EYE/BRK HAI/BLK FBI/288129WC5
SKN/MED SMT/TAT L LEG
FPC/UCUCUCUCUCUCUCUCUCUC MNU/AR-A200658406
OFF/SUBJECT IS A DEPORTED CRIMINAL/AGGRAVATED FELON
OCA/A200658406
VLD/20150611
DNA/N
ORI IS BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, LAW ENFORCEMENT
SUPPORT CENTER 877 999-5372
DOB/19790302
DOB/19810420
DOB/19810915
AKA/CUELLO URBAEZ,EDWIN
AKA/CUELLO URBAEZ,EDWIN ANTONIO
AKA/CUELLO-URBAEZ,EDWIN
AKA/CUELLO,EDWIN ANTONIO
AKA/LOPEZ OSIRIO,ELIEZAR
AKA/LOPEZ-OSIRIO,ELIEZAR
AKA/SANTANA MERCEDEZ,RICHAR
AKA/URBAEZ,EDWIN ANTONIO
SMT/TAT L ARM
SMT/TAT R ARM
MNU/AR-200658406
NIC/N070518413 DTE/20140327 1145 EDT DLU/20150611 0735 EDT
*****  THIS RECORD MAY ONLY BE USED BY CRIMINAL JUSTICE AGENCIES FOR
CRIMINAL JUSTICE PURPOSES.
*****  END OF IMMIGRATION VIOLATOR FILE RESPONSE.  *****

NO NCIC WANT FBI/708269FC8
NO NCIC WANT SOC/115665221
```

● **NCIC Protection Order**

**The following information is provided in response to your request for a search of the NCIC - Protection Order File based on:**

| | |
|---|---|
| **Name:** | **LOPEZ, ELIEZER** |
| **Sex:** | **Male** |
| **Race:** | **Black** |
| **Date of Birth:** | ▮ 1979 |
| **Social Security number:** | ▮ |
| **FBI number:** | ▮ |

```
NY030105G

NO NCIC PROTECTION ORDER FILE RECORD FBI/708269FC8
NO NCIC PROTECTION ORDER FILE RECORD SOC/115665221
NO NCIC PROTECTION ORDER FILE RECORD NAM/LOPEZ,ELIEZER DOB/19790302 RAC/B
SEX/M
```

● **III Information**

  A III inquiry is not allowed because this person does not have a III status that indicates there is data in other states.

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law. TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

Criminal Repository for NYSID Number [REDACTED] on 02/04/2016 09:26 am
Case 1:17-cv-00181-LAP   Document 80-11   Filed 10/07/20   Page 40 of 40
Page 39 of 39

DEF 602