# EXHIBIT L

```
          SUPREME COURT OF THE STATE OF NEW YORK       NO FEE
                         BRONX COUNTY
                      265 EAST 161 STREET
                       BRONX, NY 10451


                 CERTIFICATE OF DISPOSITION INDICTMENT
```

DATE: 08/26/2020                    CERTIFICATE OF DISPOSITION NUMBER: 122829

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:             04247-2007
                VS.                 LOWER COURT NUMBER(S):   2007BX060602
                                    DATE OF ARREST:          10/02/2007
                                    ARREST #:                B07675825
                                    DATE OF BIRTH:
LOPEZ,ELIEZER                       DATE FILED:              10/26/2007
_____
             DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 05/10/2010 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE   OLIVER,E THEN A
JUSTICE OF THIS COURT.

ROBBERY 3rd DEGREE PL  160.05 00 DF

THAT ON 05/24/2010, UPON THE AFORESAID CONVICTION BY PLEA  THE HONORABLE
OLIVER,E  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

ROBBERY 3rd DEGREE PL  160.05 00 DF
IMPRISONMENT = 2 YEAR(S)   TO 6 YEAR(S)
ORDER OF PROTECTION = 8 YEAR(S)
CONCURRENT TO: 03809-2008


CVAF = $20 (PAID)
SURCHARGE = $250 (PAID)



IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 08/26/2020.

                                        _L. Dig_____
                                              COURT CLERK

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.