# EXHIBIT M

SUPREME COURT OF THE STATE OF NEW YORK        NO FEE
BRONX COUNTY
265 EAST 161 STREET
BRONX, NY 10451

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 08/26/2020                    CERTIFICATE OF DISPOSITION NUMBER: 122825

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:              01042-2009
              VS.                   LOWER COURT NUMBER(S):    2009BX009148
                                    DATE OF ARREST:           02/11/2009
                                    ARREST #:                 B09612000
                                    DATE OF BIRTH:
LOPEZ, ELIEZER                      DATE FILED:               03/13/2009
_____
         DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 05/10/2010 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE   OLIVER,E THEN A
JUSTICE OF THIS COURT.

BURGLARY 1st DEGREE PL   140.30 02 BF

THAT ON 05/24/2010, UPON THE AFORESAID CONVICTION BY PLEA   THE HONORABLE
OLIVER,E   THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

BURGLARY 1st DEGREE PL   140.30 02 BF
IMPRISONMENT =    6 YEAR(S)
ORDER OF PROTECTION = 8 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)
CONCURRENT TO: 04424-2007


CVAF = $25 (PAID)
DNA  = $50 (PAID)
SURCHARGE = $300 (PAID)


IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 08/26/2020.

                                         *L. Diaz* (signature)
                                    _____
                                            COURT CLERK


Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence