# EXHIBIT N

```
          SUPREME COURT OF THE STATE OF NEW YORK        NO FEE
                         BRONX COUNTY
                       265 EAST 161 STREET
                        BRONX, NY 10451
```

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 08/26/2020                 CERTIFICATE OF DISPOSITION NUMBER: 122827

PEOPLE OF THE STATE OF NEW YORK   CASE NUMBER:              03809-2008
            VS.                   LOWER COURT NUMBER(S):    2008BX060109
                                  DATE OF ARREST:           10/07/2008
                                  ARREST #:                 B08677558
                                  DATE OF BIRTH:
LOPEZ,ELIZER                      DATE FILED:               10/24/2008

              DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 05/10/2010 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  OLIVER,E THEN A
JUSTICE OF THIS COURT.

ATTEMPTED ROBBERY 3rd DEGREE PL  110-160.05 00 EF

THAT ON 05/24/2010, UPON THE AFORESAID CONVICTION BY PLEA  THE HONORABLE
OLIVER,E  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

ATTEMPTED ROBBERY 3rd DEGREE PL  110-160.05 00 EF
IMPRISONMENT = 1 YEAR(S)  6 MONTH(S)  TO 4 YEAR(S)
ORDER OF PROTECTION = 8 YEAR(S)
CONCURRENT TO: 01042-2009


CVAF = $25 (PAID)
SURCHARGE = $300 (PAID)




IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 08/26/2020.

                                          *L. Di'g*
                                     _____
                                         COURT CLERK

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.