# EXHIBIT O




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)

Invoice No. **2000493735**

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoicing Command | | | | | | Invoice Status |
| **42ND PCT.** | | | | | | **OPEN** |
| Invoice Date | Property Type | | | | | Property Category |
| **12/07/2015** | **CONTROLLED SUBSTANCE** | | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | LINARES, LUIS | 938861 | 42ND PRECINCT | OCME EU No. | |
| Arresting | POM | LINARES, LUIS | 938861 | 42ND PRECINCT | OCME FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 7 | ALLEGED HEROIN<br>COLOR: WHITE PACKAGED IN: GLASSINE<br>FORM: POWDER<br>7 GLASSINE OF HEROIN STAMP (YOU ROCK) | 1202425706<br>-5774463 | 7 | |

**REMARKS:**
938861 12/07/2015 20:42 : AT T/P/P ABOVE LISTED PROPERTY IS VOUCHER AS ARREST EVIDENCES

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 12/07/2015 | 22031/CRIM SALE CONT SUBST | FELONY | N/A | REFUSED |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | LOPEZ, ELIZER | | 36 | | B15674188 | |
| 2 | ALVAREZ, JOSE | | | | | |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | LINARES, LUIS | 938861 | 1 POLICE PLAZA NEW YORK, NY 10038. | |
| Owner(s) | LOPEZ, ELIZER | | 611 CROTONA PARK NORTH, BRONX, NY | |
| Complainant(s) | PSNY | | | |

| | |
|---|---|
| Complaint No. | 2015-042-08810 |
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |


Invoice No. 2000493735

Property Clerk Copy
printed: 04/13/2017 15:21

PCD Storage No.
**16B000299**
Page No. 1 of 2

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **2000493735**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | LINARES, LUIS | 938861 | 42ND DET SQUAD | 12/07/2015 | 20:37 |
| Invoicing Officer | POM | LINARES, LUIS | 938861 | 42ND PRECINCT | 12/07/2015 | 20:51 |
| Approved By | SGT | ROSARIO, CARLOS | 933294 | 42ND PRECINCT | 12/07/2015 | 22:38 |



Invoice No. **2000493735**

Property Clerk Copy
printed: 04/13/2017 15:21

PCD Storage No.
**16B000299**

Page No. 2 of 2

**DEF_00280**