# EXHIBIT P



# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** NYSID ENTERED

**Arrest ID:** B09612000 - H

**Arrest Location:** INSIDE OF 450 CROSS BRONX EXPRESSWAY

**Pct:** 048

**Arrest Date:** 02-11-2009
**Time:** 10:43:00
**Sector:** C
**Strip Search Conducted:**
**Viper Initiated Arrest:**
**Stop And Frisk:** NO
**Serial #:** 0000-000-00000

**Processing Type:** ON LINE
**DCJS Fax Number:** BO010813
**Special Event Code:** -
**DAT Number:**
**ICAD#**
**Return Date:** 0000-00-00

## COMPLAINTS:
**Arrest #:** B09612000

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2009-048-01071 | 2009-02-10 | Valid, Initial Arrests made | 2009-02-10 | 13:30 |

## CHARGES:
**Arrest #:** B09612000

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 160.10 01 F | C | | 1 | ROBBERY-2ND:AIDED BY ANOTHER |

| How Arrest came about: | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: |
| Role: IDTU Technician | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

## DETAILS:
**Arrest #:** B09612000

AT T/P/O THE C/V STATES THAT DEFT AND UNAPPREHENDED OTHER DID PUSH INTO HIS APARTMENT WHEN C/V OPENED THE DOOR AND DID BEAT HIM WITH CLOSED FISTS AND REMOVE $80.00 OF USC FROM HIS PERSON

## DEFENDANT: LOPEZ, ELIEZER
**NYSID #:** 03550767R
**Arrest #:** B09612000

- Nick/AKA/Maiden:
- Sex: MALE
- Race: BLACK HISPANIC
- Age: 29
- Date Of Birth: ▮▮▮▮ 1979
- U.S. Citizen: YES
- Place Of Birth: PUERTO RICO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language: SPANISH
- Height: 5FT 06IN
- Weight: 170
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: NORMAL
- Hair Style: CREW
- Skin Tone: MEDIUM
- Complexion: BLOTCHY
- Soc.Security
- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Relation to Victim: FRIEND/ACQUAINTANCE
- Living together: NO
- Can be Identified: YES

| | | | |
|---|---|---|---|
| Accent: YES | #: | Gang/Crew Affiliation: NO | |
| | Occupation: NONE | Name: | |
| Identification ID: | | Identifiers: | |
| Identification #: | | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | | |
| Drug Used: NONE | Lic/Permit No: | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | ▮ | | ▮ | | | 049 |

Phone # and E-Mail Address:
BUSINESS: 347-634-9873

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:   N.Y.C. Transit Employee: NO

**Physical Force: USED**

Gun:
Weapon Used/Possessed: NONE          Make:           Recovered:
Non-Firearm Weapon:                  Color:    Serial Number Defaced:
Other Weapon Description:            Caliber:        Serial Number:
                                     Type:
                                     Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | PUSH-IN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | OUTERWEAR - SNORKEL, SKI, HOODED JACKET - BLACK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                               Arrest #: B09612000

Relative Notified:   Personal Recog:
Number Of Priors: 0        Name:
School Attending:    Phone Called:
Mother's Maiden Name:   Time Notified:

**ASSOCIATED ARRESTS:**                                          Arrest #: B09612000

ARREST ID   COMPLAINT #

No Vehicles for Arrest #

**DEFENDANTS CALLS:**                                            Arrest #: B09612000

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- | REFUSED | | | |

| INVOICES: | | | | Arrest #: B09612000 |
|---|---|---|---|---|
| INVOICE# | COMMAND | PROPERTY TYPE | VALUE | |

| ARREST RULES: | Arrest #: B09612000 |
|---|---|

| ARRESTING OFFICER: DT3 LINCOLN ARCHAMBEAU | Arrest #: B09612000 |
|---|---|
| Tax Number: 919921    On Duty: YES<br>Other ID (non-NYPD): 0    In Uniform: NO<br>Shield: 1259    Squad: C<br>Department: NYPD    Chart: 08<br>Command: 271    Primary Assignment: INVESTIGATIVE | Force Used: NO - No Force Used by any MOS<br>Type:<br>Reason:<br>Officer Injured: NO<br>Officer Body Worn Camera:<br>TRI Number: 0000-000-00000 Suffix: 0 |

| | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name:<br>DT3 ARCHAMBEAU, LINCOLN | 919921 | 271 | NYPD |
| Supervisor Approving:<br>SGT MILLER LUCAS | 898083 | 271 | NYPD |
| Report Entered by:<br>DT3 ROSARIO, ANTHO | 907206 | 271 | NYPD |

END OF ARREST REPORT
B09612000

Print this Report

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 048 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, Initial Arrests made | Complaint #: 2009-048-001071 | Legacy Blue Versions: 1 | No Other Complaint Revisions |

**Occurrence Location:** INSIDE OF [redacted]
**Name Of Premise:**
**Premises Type:** RESIDENCE - APT. HO
**Location Within Premise:** APARTMENT .
**Visible By Patrol?:** NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property?
Command:
NYC Parks Dept. Property Name:

**Precinct:** 048
**Sector:** B
**Beat:** 3
**Post:** 22

**Occurrence From:** 2009-02-10 13:30 TUESDAY
**Occurrence thru:**
**Reported:** 2009-02-10   14:18
**Complaint Received:** RADIO

**Aided #** 000000180
**Accident #**
**O.C.C.B. #**

**Classification:** ROBBERY
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** FELONY
**PD Code:** 388   RESIDENTIAL COMMON AREA
**PL Section:** 16010
**Keycode:** 105   ROBBERY

**Case Status:** OPEN
**Unit Referred To:** P.D.U.
**Clearance Code:**
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:** 5
**Prints Requested?** YES

| Is This Related To Stop And Frisk Report: NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?: NO | Was The Victim's Personal Information Used To Commit A Crime?: NO |

| Gang Related?: NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected?: NO |

| DIR Required?: NO | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

**Supervisor On Scene - Rank / Name / Command:** SGT HERNANDEZ 048
**Canvas Conducted:** YES
**Translator(if used):**

**NARRATIVE:**
AT TPO PERP (KNOWN TO CV) AND UNK PERP KNOCKED ON FRONT DOOR AND WHEN HE ANSWERED, THEY PUSHED THE DOOR OPEN AND PUSHED CV TO GROUND, OUT OF WHEELCHAIR. PERP #2 STRUCK CV IN FACE W/ CLOSED FIST AND DEMANDED MONEY AND CELL PHONE. CV RMA ON SCENE. P/S ON SCENE. 48 PDU RESPONDED. CRIME SCENE & ECT BOTH NOTIFIED. CANVASS CONDUCTED W/ NEG RESULTS.

No NYC TRANSIT Data for Complaint # 2009-048-001071

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 2 |
|---|---|---|---|

### VICTIM: # 1 of 1

Name: [redacted]
Complaint#: 2009-048-001071

- Nick/AKA/Maiden:
- UMOS: NO
- Sex/Type: MALE
- Race: HISPANIC WHITE
- Age: 41
- Date Of Birth: [redacted] 1967
- Disabled? NO
- Is this person not Proficient in English?:
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? YES
- Is Victim fearful for their safety / life?
- Escalating violence / abuse by suspect?
- Were prior DIR's prepared for C/V?

- Gang/Crew Affiliation:
- Name:
- Identifiers:

- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: NO

**LOCATION** | **ADDRESS** | **CITY** | **STATE/COUNTRY** | **ZIP** | **APT/ROOM**
HOME-PERMANENT [redacted]

Phone #:

**Action against Victim:**

**Actions Of Victim Prior To Incident:** SITTING IN HIS APT

**Victim Of Similar Incident:**  If Yes, When And Where

### WANTED: # 1 of 2

Name: LOPEZ, ELIESAR
Complaint#: 2009-048-001071
Arrested:

- Nick/AKA/Maiden:
- Sex: MALE
- Race: WHITE HISPANIC
- Age: 28
- Date Of Birth: [redacted] 1980
- U.S. Citizen:
- Place Of Birth:
- Is this person not Proficient in English?:
- If Yes, Indicate Language:
- Accent: NO

- Height: FTIN
- Weight: 0
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: SHORT
- Hair Style: UNKNOWN
- Skin Tone: UNKN
- Complexion: UNKNOWN
- S.S. #: 0

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated?
- Does Suspect abuse Drugs / Alcohol?
- Suspect threatened /attempted suicide?
- Is the suspect Parole / Probation?
- Relation to Victim: FRIEND/ACQUAINTANCE
- Living together: NO
- Can be Identified: YES

- Gang/Crew Affiliation:
- Name:
- Identifiers:

**LOCATION** **ADDRESS** **CITY** **STATE/COUNTRY** **ZIP** **APT/ROOM** **HOW LONG?** **RES. PCT**

Phone #:

N.Y.C.H.A. Resident:   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force:** USED

**Weapons:**



| | |
|---|---|
| Weapon Used/Possessed: NONE | Gun: |
| | Make: |
| | Recovered: |
| Non-Firearm Weapon: | Caliber: |
| | Serial Number Defaced: |
| Other Weapon Description: | Color: |
| | Serial Number: |
| | Type: |
| | Other/Gun Specify: |
| | Discharged: NO |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | DON'T SCREAM, GIVE ME YOUR MONEY |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | PUSH-IN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## WANTED: # 2 of 2

Name: UNK,  Complaint#: 2009-048-001071  Arrested:

Nick/AKA/Maiden:
Sex: MALE
Race:
Age:
Date Of Birth: UNKNOWN
U.S. Citizen:
Place Of Birth:
Is this person not Proficient in English?:
If Yes, Indicate Language:
Accent: NO

Height: FTIN
Weight: 0
Eye Color:
Hair Color:
Hair Length:
Hair Style: UNKNOWN
Skin Tone: UNKN
Complexion: UNKNOWN
S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol?
Suspect threatened /attempted suicide?
Is the suspect Parole / Probation?
Relation to Victim: STRANGER
Living together: NO
Can be Identified: YES

Gang/Crew Affiliation:
Name:
Identifiers:

**LOCATION** **ADDRESS** **CITY** **STATE/COUNTRY** **ZIP** **APT/ROOM** **HOW LONG?** **RES. PCT**

Phone #:

N.Y.C.H.A. Resident:   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force:** THREATENED

**Weapons:**

Gun:
Weapon Used/Possessed: NONE   Make:   Recovered:

| | | | |
|---|---|---|---|
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: | |
| Other Weapon Description: | Color: | Serial Number: | |
| | Type: | | |
| | Other/Gun Specify: | | |
| | Discharged: NO | | |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | PUSH-IN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**ARRESTS:**                             Complaint # 2009-048-001071

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| B09612000 | ACTIVE | LOPEZ, ELIEZER | MALE | HISPANIC BLACK | 29 | 02/11/2009 |

**PROPERTY:**   Complaint #2009-048-001071            Lost/Stolen/Found: STOLEN

| Item | Property Category | Owner Identification Num | Qty | Description | Serial # | Property Type | $ Stolen | $ Recovered |
|---|---|---|---|---|---|---|---|---|
| 1. | PERSONAL | NONE | 1. | EIGHTY DOLLARS | | CURRENCY | 80. | 0. |
| 2. | PERSONAL | NONE | 1. | T-MOBILE CELL PHONE | | MISCELLANEOUS | 100. | 0. |

TOTAL VALUES: STOLEN $ 180. RECOVERED $ 0.

**EVIDENCE:**                                                   Complaint # 2009-048-001071

| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: |
|---|---|---|---|---|---|
| NO | YES | | | | - |

Evidence Invoice #

No IMEI Data for Complaint # 2009-048-001071

**NOTIFICATIONS / ADDITIONAL COPIES:**              Complaint # 2009-048-001071

Notifications to:

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| PO | WATKINS | ECT | |
| SGT | MILLER | 48 PDU | |
| DET | MAAS | 48 PDU | |
| SGT | CALDERON | 48 | |

| Reporting/Investigating M.O.S. Name: POM MCCADDEN JOSEPH | Tax #: 942154 | Command: 048 PCT | Rep.Agency: NYPD |
|---|---|---|---|

| Supervisor Approving Name: SGT HERNANDEZ CARLO | Tax #: 910548 | Command: 048 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Complaint Report Entered By: PAA LAMBERT | Tax #: 350247 | Command: 048 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT ALVAREZ | Tax #: 921116 | Command: 048 PCT | Rep.Agency: NYPD |

**END OF COMPLAINT REPORT # 2009-048-001071**

Print this Report