# EXHIBIT Q



# New York City Police Department

## Omniform System - Arrests

**RECORD STATUS: NYSID ENTERED** | **Arrest ID: B08677558 - H**

**Arrest Location: INSIDE OF 310 EAST GUN HILL ROAD** | **Pct: 052**

**Arrest Date: 10-07-2008**
**Time: 13:31:00**
Sector: M
Strip Search Conducted:
Viper Initiated Arrest:
Stop And Frisk: NO
Serial #: 0000-000-00000

Processing Type: ON LINE
DCJS Fax Number: BO054365
Special Event Code: -
DAT Number:
ICAD#
Return Date: 0000-00-00

**COMPLAINTS:** | Arrest #: B08677558

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2008-052-10651 | 2008-10-07 | Valid, Initial Arrests made | 2008-10-07 | 13:20 |

**CHARGES:** | Arrest #: B08677558

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 160.05 | F | D | 1 | ROBBERY-3RD |

| How Arrest came about: | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: | |
| Role: IDTU Technician | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

**DETAILS:** | Arrest #: B08677558

AT T/P/O THE DEFENDANT WITH THE USE OF FORCE DID REMOVE SEVERAL ITEMS FROM THE VICTIM. VICTIM RECEIVED INJURIES TO THE NECK FROM THE DEFENDANT.

***DEFENDANT:* LOPEZ, ELIZER** | NYSID #: 03550767R | Arrest #: B08677558

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK HISPANIC
Age: 29
Date Of Birth: [redacted]1979
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: YES

Height: 5FT 10IN
Weight: 170
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: STRAIGHT
Skin Tone: MEDIUM
Complexion: CLEAR
Soc.Security #:
Occupation: UNKNOWN

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be Identified: YES

Gang/Crew Affiliation: NO
Name:

Identification ID: Identifiers:
Identification #:
Physical Condition: APPARENTLY NORMAL Lic/Permit Type:
Drug Used: NONE Lic/Permit No:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | | | 049 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty: NO
Development: N.Y.C. Transit Employee: NO

**Physical Force:USED**

Gun:
Weapon Used/Possessed: NONE Make: Recovered:
**Non-Firearm Weapon:** Color: Serial Number Defaced:
**Other Weapon Description:** Caliber: Serial Number:
Type:
Discharged: NO

**Used Transit System: NO**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | FOOTWEAR - SNEAKERS - WHITE |
| CLOTHING | OUTERWEAR - OVERCOAT OR TOP COAT - WHITE |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:** Arrest #: B08677558

Relative Notified: Personal Recog:
Number Of Priors: 0 Name:
School Attending: Phone Called:
Mother's Maiden Name: Time Notified:

**ASSOCIATED ARRESTS:** Arrest #: B08677558

| ARREST ID | COMPLAINT # |
|---|---|

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:** Arrest #: B08677558

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- | UNK | | | |

**INVOICES:** Arrest #: B08677558

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

| ARREST RULES: | Arrest #: B08677558 |
|---|---|

| ARRESTING OFFICER: POM LUKE MADDOCK | Arrest #: B08677558 |
|---|---|
| Tax Number: **942095**<br>Other ID (non-NYPD): **0**<br>Shield: **9706**<br>Department: **NYPD**<br>Command: **052**<br>On Duty: **YES**<br>In Uniform: **YES**<br>Squad: **B1**<br>Chart: **97**<br>Primary Assignment: **OTHER** | **Force Used:** **NO - No Force Used by any MOS**<br>Type:<br>Reason:<br>Officer Injured: **NO**<br>Officer Body Worn Camera:<br>TRI **Number: 0000-000-00000 Suffix: 0** |

| Arresting Officer Name: **POM MADDOCK, LUKE** | Tax #: **942095** | Command: **052** | Agency: **NYPD** |
|---|---|---|---|
| Supervisor Approving: **SGT REYES FREDERIC** | Tax #: **927805** | Command: **052** | Agency: **NYPD** |
| Report Entered by: **POM BACA, DANIEL** | Tax #: **934434** | Command: **052** | Agency: **NYPD** |

**END OF ARREST REPORT**
**B08677558**

Print this Report



# New York City Police Department

## Omniform System - Complaints

| Report Cmd: 052 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, Initial Arrests made | Complaint #: 2008-052-010651 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|

**Occurrence Location:** INSIDE OF 310 EAST GUN HILL ROAD
Name Of Premise:
Premises Type: CHAIN STORE
Location Within Premise:
Visible By Patrol?: NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property?
Command:
NYC Parks Dept. Property Name:

Precinct: 052
Sector: M
Beat:
Post: 3

**Occurrence From: 2008-10-07 13:20 TUESDAY**
Occurrence thru: 2008-10-07 13:25
Reported: 2008-10-07 14:16
Complaint Received: RADIO

Aided #
Accident #
O.C.C.B. #

**Classification: ROBBERY**
Attempted/Completed: COMPLETED
Most Serious Offense Is: FELONY
PD Code: 375 ROBBERY,DRUG STORE
PL Section: 16010
Keycode: 105 ROBBERY

**Case Status: CLOSED**
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #: 5
Prints Requested? NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO / Detective Borough Wheel Log #: | Name Of Gang: | | Child Abuse Suspected? NO |
| DIR Required? NO | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command : SGT REYES 052 | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

NARRATIVE:
AT T/P/O THE DEFENDANT WITH THE USE OF FORCE DID REMOVE SEVERAL ITEMS FROM THE VICTIM. VICTIM RECEIVED INJURIES TO THE NECK FROM THE DEFENDANT.

**No NYC TRANSIT Data for Complaint # 2008-052-010651**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 2 | 0 | 0 | 0 |

**VICTIM: # 1 of 2** | Name: CVS | Complaint#: 2008-052-010651

Nick/AKA/Maiden:
UMOS:
Sex/Type: BUSINESS
Race: UNKNOWN
Age: 0
Date Of Birth: UNKNOWN
Disabled? NO
Is this person not Proficient in English?:
If Yes, Indicate Language:
N.Y.C.H.A Resident?
Is Victim fearful for their safety / life?
Escalating violence / abuse by suspect?
Were prior DIR's prepared for C/V?

Gang/Crew Affiliation:
Name:
Identifiers:

Will View Photo:
Will Prosecute:
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| BUSINESS | 310 EAST GUN HILL ROAD | BRONX | NEW YORK | | |

Phone #:

Action against Victim:

Actions Of Victim Prior To Incident: VICTIM WAS WORKING IN STORE

Victim Of Similar Incident:

If Yes, When And Where

**VICTIM: # 2 of 2** | Name: [redacted] | Complaint#: 2008-052-010651

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE
Race: HISPANIC WHITE
Age: 24
Date Of Birth: [redacted]984
Disabled? YES
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life?
Escalating violence / abuse by suspect?
Were prior DIR's prepared for C/V?

Gang/Crew Affiliation: NO
Name:
Identifiers:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME [redacted] | | | | | |

Phone #:

Action against Victim:

Actions Of Victim Prior To Incident: VICTIM WAS WORKING IN STORE

Victim Of Similar Incident: NO

If Yes, When And Where

**ARRESTS:** | Complaint # 2008-052-010651

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| B08677558 | ACTIVE | LOPEZ, ELIZER | MALE | HISPANIC BLACK | 29 | 10/07/2008 |

**PROPERTY:** | Complaint #2008-052-010651 | Lost/Stolen/Found: STOLEN

| Item | Property Category: | Owner Identification Num: | Qty | Description | Serial # | Property Type | $ Stolen | $ Recovered |
|---|---|---|---|---|---|---|---|---|
| 1. | BUSINESS | NONE | 1. | CONSUMER GOODS | | HOUSEHOLD GOODS | 133. | 0. |

TOTAL VALUES: STOLEN $ 133. RECOVERED $ 0.

| EVIDENCE: | | | | Complaint # 2008-052-010651 | |
|---|---|---|---|---|---|
| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: - |
| Evidence Invoice # | | | | | |

No IMEI Data for Complaint # 2008-052-010651

| | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name: POM MADDOCK LUKE | 942095 | 052 PCT | NYPD |
| Supervisor Approving Name: SGT REYES FREDERICK | 927805 | 052 PCT | NYPD |
| Complaint Report Entered By: POM BACA | 934434 | 052 PCT | NYPD |
| Signoff Supervisor Name: SGT MCMAHON | 904536 | 052 PCT | NYPD |

END OF COMPLAINT REPORT
# 2008-052-010651

Print this Report