# EXHIBIT R



# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERED | **Arrest ID:** B07675825 - H |
| **Arrest Location:** SOUTH WEST CORNER ARTHUR AVENUE & EAST TREMONT AVENUE | **Pct:** 048 |

**Arrest Date:** 10-02-2007   **Processing Type:** ON LINE
**Time:** 03:44:00   **DCJS Fax Number:** BO056038
**Sector:** D   **Special Event Code:** -
**Strip Search Conducted:**   **DAT Number:**
**Viper Initiated Arrest:**   **ICAD#**
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**COMPLAINTS:**   Arrest #: B07675825

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2007-048-08894 | 2007-10-02 | Valid, Initial Arrests made | 2007-10-02 | 03:30 |

**CHARGES:**   Arrest #: B07675825

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 160.10 01 F | C | | 1 | ROBBERY-2ND:AIDED BY ANOTHER |
| #02 | No | PL 120.14 01 M | A | | 1 | MENACING-2ND:WEAPON |
| #03 | No | PL 265.01 01 M | A | | 1 | CRIM POSS WEAP-4TH:FIREARM/WEP |
| #04 | No | PL 165.40 M | A | | 1 | CRIM POSSESSION STOLN PROP-5TH |

| How Arrest came about: | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: | |
| Role: IDTU Technician | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

**DETAILS:**   Arrest #: B07675825

AT T/P/O DEFT ALONG WITH ANOTHER UNAPREHENDED PERP AT KNIFE POINT DID REMOVE CELL PHONE AND USC FROM C/V.

**DEFENDANT:** LOPEZ, ELIEZER   **NYSID #:** 03550767R   **Arrest #:** B07675825

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 10IN | Order Of Protection: NO |
| Sex: MALE | Weight: 150 | Issuing Court: |
| Race: BLACK HISPANIC | Eye Color: BROWN | Docket #: |
| Age: 28 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: ▇▇ 1979 | Hair Length: SHORT | Relation to Victim: STRANGER |
| U.S. Citizen: YES | Hair Style: CLOSE CUT | Living together: NO |
| Place Of Birth: | Skin Tone: MEDIUM | Can be Identified: YES |
| Is this person not NO | Complexion: CLEAR | |

| | | | | |
|---|---|---|---|---|
| Proficient in English?: | | | Gang/Crew Affiliation: NO | |
| If Yes, Indicate Language: | | | Name: | |
| | | | Identifiers: | |
| Accent: NO | Soc.Security #: | | | |
| | Occupation: UNKNOWN | | | |
| Identification ID: | | | | |
| Identification #: | | | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | | | |
| Drug Used: NONE | Lic/Permit No: | | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | ███████████ | | | | | 040 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: USED/DISPLAYED     Make:          Recovered:
Non-Firearm Weapon:                       Color:         Serial Number Defaced:
Other Weapon Description:                 Caliber:       Serial Number:
                                          Type:
                                          Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - WHITE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                                            Arrest #: B07675825

Relative Notified:   Personal Recog:
Number Of Priors: 0       Name:
School Attending:         Phone Called:
Mother's Maiden Name:     Time Notified:

**ASSOCIATED ARRESTS:**                                                       Arrest #: B07675825

ARREST ID   COMPLAINT #

No Vehicles for Arrest #

**DEFENDANTS CALLS:**                                                         Arrest #: B07675825

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|

| INVOICES: | Arrest #: B07675825 |
|---|---|
| INVOICE# COMMAND PROPERTY TYPE VALUE | |

| ARREST RULES: | Arrest #: B07675825 |
|---|---|

**ARRESTING OFFICER:** POM RAFAEL PEREZ   Arrest #: B07675825

Tax Number: 930942　　On Duty: YES
Other ID (non-NYPD): 0　　In Uniform: YES
Shield: 14240　　Squad: A3
Department: NYPD　　Chart: 05
Command: 048　　Primary Assignment: BEAT OFFICER

**Force Used:** NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: NO
Officer Body Worn Camera:
TRI Number: 0000-000-00000 Suffix: 0

| Arresting Officer Name: POM PEREZ, RAFAEL | Tax #: 930942 | Command: 048 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT NICHOLS BRIAN | Tax #: 896587 | Command: 048 | Agency: NYPD |
| Report Entered by: DT3 MILEY, WALTER | Tax #: 889074 | Command: 271 | Agency: NYPD |

**END OF ARREST REPORT**
**B07675825**

[ Print this Report ]

https://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWA...　　9/24/2020



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 048 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, Initial Arrests made | Complaint #: 2007-048-008894 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|

| Occurrence Location: SOUTH WEST CORNER ARTHUR AVENUE & EAST TREMONT AVENUE | NYC Parks Dept. Property | Precinct: 048 |
|---|---|---|
| Name Of Premise: | Did this offense occur on NYC Parks Dept. Property? | Sector: D |
| Premises Type: STREET | Command: | Beat: 10 |
| Location Within Premise: | NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: YES | | |

**Occurrence From:** 2007-10-02 03:30 TUESDAY
  Occurrence thru: 2007-10-02  03:44
  Reported: 2007-10-02  04:00
Complaint Received: PICK-UP

Aided #
Accident #
O.C.C.B. #

**Classification: ROBBERY**
Attempted/Completed: COMPLETED
Most Serious Offense Is: FELONY
  PD Code: 397  ROBBERY,UNCLASSIFIED,OPEN AREA
  PL Section: 16015
  Keycode: 105  ROBBERY

**Case Status: CLOSED**
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #: 5
Prints Requested? YES

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | Crime Prevention Survey Requested?: | | Location of Pickup: |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command: SGT NICHOLS 048 | Canvas Conducted: YES | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O C/V STATES DEFT ALONG WITH ANOTHER UNAPREHENDED PERP DID APPROCHED C/V AND THREW HIM TO THE GROUND, PUT A KNIFE TO HIS NECK AND REMOVE HIS CELL PHONE AND USC. C/V ALSO STATES THAT DEFT STATED IF HE GOT UP FROM THE FLOOR THEY WERE GOING TO KILL HIM.

No NYC TRANSIT Data for Complaint # 2007-048-008894

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 0 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: | Complaint#: 2007-048-008894 |
|---|---|---|
| Nick/AKA/Maiden: | | Gang/Crew Affiliation: NO |
| UMOS: | | Name: |
| Sex/Type: MALE | | Identifiers: |
| Race: UNKNOWN | | |
| Age: 0 | | |
| Date Of Birth: UNKNOWN | | |
| Disabled? NO | | Will View Photo: NO |
| Is this person not Proficient In English?: NO | | Will Prosecute: YES |
| If Yes, Indicate Language: | | Notified Of Crime Victim Comp. Law: YES |
| N.Y.C.H.A Resident? NO | | |
| Is Victim fearful for their safety / life? | | |
| Escalating violence / abuse by suspect? | | |
| Were prior DIR's prepared for C/V? | | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | |

Phone #: CELL:

| Action against Victim: | Actions Of Victim Prior To Incident: |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

**ARRESTS:**   Complaint # 2007-048-008894

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| B07675825 | ACTIVE | LOPEZ, ELIEZER | MALE | HISPANIC BLACK | 28 | 10/02/2007 |

**PROPERTY:**   Complaint #2007-048-008894   Lost/Stolen/Found: STOLEN

| Item | Property Category | Owner Identification Num: | Qty | Description | Serial # | Property Type | $ Stolen | $ Recovered |
|---|---|---|---|---|---|---|---|---|
| 1. | PERSONAL | NONE | 0. | | | MISCELLANEOUS | 50. | 0. |

TOTAL VALUES: STOLEN $ 50. RECOVERED $ 0.

**EVIDENCE:**   Complaint # 2007-048-008894

| Evidence Collected?: NO | Evidence Collection Team/Crime Scene Requested?: NO | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: |
|---|---|---|---|---|---|

Evidence Invoice #

No IMEI Data for Complaint # 2007-048-008894

| Reporting/Investigating M.O.S. Name: POM PEREZ RAFAEL | Tax #: 930942 | Command: 048 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT NICHOLS BRIAN | Tax #: 896587 | Command: 048 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: DT3 MILEY | Tax #: 889074 | Command: BXD 048 | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT MILLS | Tax #: 913647 | Command: 048 PCT | Rep.Agency: NYPD |

**END OF COMPLAINT REPORT # 2007-048-008894**

Print this Report