# EXHIBIT S

2016-004750
GF-C.Depoian

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

ELIEZER LOPEZ and SUHAIL LAUREANO,

        Plaintiffs,

vs.

CITY OF NEW YORK, LUIS LINARES, LUIS ANGELES, and JOHN DOES #1-3

        Defendants.

Index No.
17 CV 00181
(LAP)

---

July 13, 2018

10:05 a.m.

Deposition of STEVEN ALFANO, held at the offices of Emery Celli Brinckerhoff & Abady LLP, 600 Fifth Avenue, New York, New York, pursuant to Notice, before Jeremy Frank, a Notary Public of the State of New York.

HUDSON REPORTING & VIDEO    1-800-310-1769

New York    Hudson Reporting and Video    New Jersey
Connecticut    Nationwide 1-800-310-1769    Pennsylvania

                                                                    2

 1
 2     A P P E A R A N C E S:
 3
 4          EMERY CELLI BRINCKERHOFF & ABADY LLP
 5          Attorneys for Plaintiffs
 6               600 Fifth Avenue, 10th Floor
 7               New York, NY 10020
 8          BY:  ALI FRICK, ESQ.
 9                    AFrick@ecbalaw.com
10               EARL WARD, ESQ.
11                    EWard@ecbalaw.com
12                    (212) 763-5000
13
14          NEW YORK CITY LAW DEPARTMENT
15          Office of the Corporation Counsel
16          Attorneys for Defendants
17               100 Church Street
18               New York, NY 10007
19          BY:  RACHEL SELIGMAN, ESQ.
20                    RSeligma@law.nyc.gov
21               CAROLYN K. DEPOIAN, ESQ.
22                    CDepoian@law.nyc.gov
23                    (212) 356-2358
24
25                    (Appearances continued)

```
 1
 2      A P P E A R A N C E S   (continued)
 3
 4           NEW YORK POLICE DEPARTMENT
 5           Attorneys for Defendants
 6                One Police Plaza
 7                New York, NY 10038
 8           BY:   MICHAEL PUMA, ESQ.
 9                 Michael.puma@nypd.org
10                 (646) 610-5825
11
12           ALSO PRESENT:
13                 WILLIAM GOSLING
14
15
16
17
18
19
20
21
22
23
24
25
```

1                        Alfano
2         A.    Yes.
3         Q.    How often?
4         A.    Whenever they put in a class, it
5    could vary.
6         Q.    In a typical year how many times
7    do you give the instruction for the class?
8         A.    Could be from one to maybe three
9    times, four times.
10        Q.    Have you taught any class this
11   year yet in 2018?
12        A.    I believe I have taught one or
13   two.
14        Q.    How many years have you been
15   teaching?
16        A.    I would say maybe three, four
17   years.
18        Q.    What do you teach your subjects
19   about what investigative steps they should
20   take in investigating a level three incident?
21        A.    Depicted by the type of incident.
22        Q.    It is a level three incident.
23        A.    Okay, well, there is different
24   sorts of level three incidents.  There is ones
25   where people jump over a fence and there is no

156

1           Alfano
2  complainant.  I mean if you have nobody making
3  a complaint, you try to get as much evidence
4  that is related to the incident that you
5  believe is necessary.
6       Q.   Why do you make an investigation
7  if there's no nobody making a complaint?
8       A.   Because this is how they determine
9  level three incidents and what they want to be
10 investigated due to the nature of their
11 injury.
12      Q.   Who is they?
13      A.   They is the NYPD.
14      Q.   Why do they want you to
15 investigate level three incidents if there is
16 no complaint?
17      A.   To try to discover how we got the
18 injury.
19      Q.   To look for the truth, right?
20      A.   Yes.
21      Q.   So in all of your investigations
22 you're looking for the truth?
23      A.   Of course.
24      Q.   So it doesn't actually matter
25 whether there is a complaint or not; isn't