```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
 SUHAIL LAUREANO,

                Plaintiff,
                                        No. 17-CV-181 (LAP)
        -against-
                                             ORDER
 CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------
```

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

Counsel's request to file certain confidential material in the motions in limine under seal [dkt no. 78] is GRANTED.

SO ORDERED.

Dated:   October 8, 2020
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.