# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>DANIEL J. KORNSTEIN<br>O. ANDREW F. WILSON<br>KATHERINE ROSENFELD<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | DIANE L. HOUK<br><br>EMMA L. FREEMAN<br>DAVID BERMAN<br>HARVEY PRAGER<br>SCOUT KATOVICH<br>MARISSA BENAVIDES<br>NICK BOURLAND<br>ANDREW K. JONDAHL<br>ANANDA BURRA<br>MAX SELVER<br>VIVAKE PRASAD |

November 19, 2020

*Via ECF*

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Laureano v. City of New York*, No. 17 Civ. 181.

Your Honor:

> Plaintiff's request to file Dr. Chiu's unredacted expert report under seal is GRANTED.
> **SO ORDERED.**
>
> Dated:   November 20, 2020
>          New York, New York
>
> /s/ Loretta A. Preska
> LORETTA A. PRESKA, U.S.D.J.

We represent Plaintiff Suhail Laureano and write with consent of all parties to respectfully request, pursuant to Rule 2(H) of the Court's Individual Practices in Civil Cases, that the Court grant leave to file under seal the unredacted expert report of Dr. Elaine J. Chiu, M.D., Ph.D, which is attached as Exhibit A to Plaintiff's Memoranda of Law in Opposition to Defendants' motions *in limine*.

Dr. Chiu's report includes excerpts of Eliezer Lopez's medical records, which have been deemed confidential and must be filed under seal pursuant to the Protective Order entered into by the parties in this case. Dkt # 21. Plaintiff has redacted Mr. Lopez's medical records from Dr. Chiu's report in the version of the report filed on the public docket.

Accordingly, Plaintiff seeks leave to file Dr. Chiu's unredacted expert report under seal.

Respectfully Submitted

/s/
Earl S. Ward, Esq.

c.: All Counsel (by ECF)