```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SUHAIL LAUREANO, <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | No. 17-CV-181 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

The parties shall appear for oral argument on February 24, 2021 at 11:00 a.m. related to Defendants' ten pending motions in limine. Argument will focus primarily on the following motions:

- First Motion in Limine: To preclude the testimony of Plaintiffs' expert, Dr. Elaine Chau. (See dkt. no. 81.)

- Second Motion in Limine: To preclude Plaintiffs from introducing any "damages related" evidence. (See dkt. no. 82.)

- Fourth Motion in Limine: To preclude Plaintiffs from introducing videotaped footage from Eliezer Lopez's deposition. (See dkt. no. 84.)

- Sixth Motion in Limine: To preclude testimony from certain NYPD and emergency services personnel witnesses. (See dkt. no. 86.)

- Ninth Motion in Limine: To admit evidence that Mr. Lopez lied at his deposition regarding certain offenses to which he pleaded guilty. (See dkt. no. 89.)

Additionally, the parties shall confer and provide the following information to the Court for in camera review:

- Third Motion in Limine:  The referenced photos taken by the Internal Affairs Bureau ("IAB"), to the extent that those photos have not already been shared with the Court. If those photos have already been provided, Counsel will identify which photos were taken by IAB and which were taken by Ms. Laureano.

- Fourth Motion in Limine:  The relevant video deposition footage.

- Fifth Motion in Limine:  An explanation, including transcripts, regarding what testimony of Sergeant Rosario Plaintiffs expect to conflict with Sergeant Rosario's statements to Officer Ryan.

That information shall be provided via the chambers inbox (PreskaNYSDChambers@nysd.uscourts.gov) no later than February 15, 2021.

Finally, argument regarding the pending motions in limine will be held by teleconference.  The Court will communicate separately to counsel information for joining the conference. Members of the public may join the teleconference using the following listen-only line: 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  February 10, 2021
        New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.