UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUHAIL LAUREANO,<br><br>               Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>               Defendants. | No. 17-CV-181 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in this matter was scheduled to begin on September 20, 2021 at 9:00 a.m.  The Jury Department has since confirmed a trial date of September 15, 2021.  Trial therefore will begin on September 15, 2021 at 9:00 a.m.  Once a courtroom has been designated, the Court will enter an order with the relevant information.

    The final pretrial conference remains scheduled for September 1, 2021 at 9:00 a.m.  The parties shall submit requests to charge and proposed voir dire questions one week in advance of the confirmed trial date.

**SO ORDERED.**

Dated:    July 19, 2021
           New York, New York

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge