UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUHAIL LAUREANO, individually and as Administrator of the Estate of Eliezer Lopez,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

No. 17-CV-181 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for September 1, 2021 at 9:00 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    August 30, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1