UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUHAIL LAUREANO, individually and as Administrator of the Estate of Eliezer Lopez,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

No. 17-CV-181 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letters regarding Dr. Chiu's proposed testimony. (See dkt. nos. 128-129.) The Court finds that--consistent with its order on the parties' motions in limine, (see dkt. no. 126)--Dr. Chiu may testify that Eliezer Lopez sustained burst fractures to his C4 and C5 cervical vertebrae (as well as the absence of injuries to other parts of his body). Dr. Chiu, may not, however, testify about (1) the severity of the fractures or (2) the consequences of those injuries (including any pain and suffering). Moreover, Plaintiff may not introduce medical records or photographs depicting the burst fractures.

**SO ORDERED.**

Dated:    September 2, 2021
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.