UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUHAIL LAUREANO, individually and as Administrator of the Estate of Eliezer Lopez,

   Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

   Defendants.

No. 17-CV-181 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

  Trial in this matter will begin on April 4, 2022 at 9:00 a.m.  Once a courtroom has been designated, the Court will enter an order with the relevant information.

  The final pretrial conference will occur on March 22, 2022 at 9:00 a.m.  The parties shall submit requests to charge and proposed voir dire questions one week in advance of the confirmed trial date.  The parties shall exchange requests to charge sufficiently in advance of the submission date to submit a single proposed draft of the substantive portions of the charge, noting any disagreements they might have.

**SO ORDERED.**

Dated: December 10, 2021
   New York, New York

         _____
         LORETTA A. PRESKA
         Senior United States District Judge