

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN K. DEPOIAN<br>Senior Counsel<br>Telephone: (212) 356-2358<br>Fax: (212) 356-3509<br>cdepoia@law.nyc.gov |

April 5, 2022

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:     Suhail Laureano v. City of New York, et ano.
                     17 CV 181 (LAP)

Your Honor:

        Defendant writes in advance of the trial scheduled to begin on April 7, 2022. The parties have conferred and propose that Your Honor read the following instruction to the jury at the commencement of the trial:

> You may notice that Mr. Lopez will not be here during the trial. You may also notice that defendant Linares will not be here for the entirety of the trial. You should not assume anything about them not being present. Nor should you draw any conclusions about the fact that they are not here. It is not something for you to be concerned about.

        The parties have also conferred and agree that the stipulation annexed hereto as Exhibit "A" should be read to the jury at the appropriate juncture after the testimony of Mr. Lopez is played by video to the jury.

        Defendants thank the Court for its time.

                                            Respectfully submitted,

                                            /s
                                            Carolyn K. Depoian
                                            Senior Counsel

cc:     All counsel (by ECF)