UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SUHAIL LAUREANO,

                              Plaintiff,

      -against-

THE CITY OF NEW YORK and LUIS LINARES

                             Defendants.

**STIPULATION CONCERNING MR. LOPEZ'S CRIMINAL HISTORY**

17 CV 181 (LAP)

---------------------------------------------------------------------- X

    The parties stipulate to the following:

    On May 10, 2010, Mr. Lopez was convicted of the following four felonies: Burglary in the First degree, New York Penal Code §140.30 subpart 2; Burglary in the Third Degree, New York Penal Code §140.20, Robbery in the Third Degree, New York Penal Code §160.05, and Attempted Robbery in the Third Degree, New York Penal Code §110/160.05, for which he received an aggregate sentence of 61 months to 6 years; and

    Mr. Lopez was also arrested eleven additional times for non-felony offenses --including twice by NYPD officers wearing plain-clothes --resulting in a total of nine non-felony convictions; and

At the time of the December 7, 2015 incident Mr. Lopez was on parole, a warrant had been issued for his arrest because he was in violation of his parole.

Dated: New York, NY
April 5, 2022

| | |
|---|---|
| Emery Celli Brinkerhoff & Abady, LLP<br>Attorneys for Plaintiff<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>Tel: (212) 763-5000 | Hon. Sylvia O. Hinds-Radix<br>CORPORATION COUNSEL OF THE<br>CITY OF NEW YORK<br>100 Church Street<br>New York, NY 10007<br>Tel: (212) 442-1048 |
| By:  _____/s/_____<br>      Earl S. Ward | By:   /s/_____<br>      Carolyn Kay Depoian |