UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SUHAIL LAUREANO as Admininstratrix of the Estate of ELIEZER LOPEZ,

                                               Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                                               Defendants..

**ORDER PERMITTING EVIDENCE INTO COURTHOUSE**

17 CV 181 (LAP)

------------------------------------------------------------------------ x

LORETTA A. PRESKA, District Judge:

       ORDERED, that Carolyn Depoian, Rachel Seligman Weiss, Brian Francolla, Sergeant Luis Linares, and/or another representative from the Office of the Corporation Counsel of the City of New York are authorized to bring seven (8) glassines of heroin, contained in two NYPD evidence bags, into the Courthouse for use as evidence in a trial in the action captioned above.

       The dates for which such authorization is provided are April 7, 2022 through April 14, 2022.

       SO ORDERED.

Dated: New York, New York
         April  5 , 2022

                                                        *[signature]*
                                         HONORABLE LORETTA A. PRESKA
                                         United States District Judge