

| HON. SYLVIA HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | RACHEL SELIGMAN WEISS<br>Senior Counsel<br>Telephone: (212) 356-2422<br>Fax: (212) 356-3509<br>rseligma@law.nyc.gov |
|---|---|---|

April 20, 2022

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    Suhail Laureano v. City of New York, et ano.
                  17 CV 181 (LAP)

Your Honor:

        On behalf of the parties, I write to provide the Court with a joint proposal on how to proceed in this case following the jury's finding of liability in plaintiff's favor. At this juncture, the parties wish to explore the possibility of settlement and are optimistic that they will be successful in reaching a resolution without the Court's assistance. To that end, the parties propose that they be permitted to update the Court on the status of our settlement efforts in sixty (60) days at which time it may also be necessary to seek the Court's assistance in facilitating settlement.

        Finally, in the event that Your Honor is considering entering judgment or partial judgment in this case, defendant Linares respectfully requests that any such judgment be held in abeyance pending the parties' efforts towards resolution. Defendant also respectfully requests that any post-trial motions be held in abeyance while the parties attempt to resolve this case.

        Thank you for your consideration herein.

                                            Respectfully submitted,

                                            Rachel Seligman Weiss
                                            Senior Counsel

cc:  All counsel of record (via ECF)